OAO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Raymond Woolard and Second
Amendment Foundation, Inc.

V.

Terrence Sheridan, Denis
Gallagher, Seymour Goldstein
and Charles M. Thomas, Jr.

**SUMMONS IN A CIVIL CASE**

CASE   Case No. 1:10-cv-02068-JFM

TO: (Name and address of Defendant)

Denis Gallagher
Serve: Handgun Permit Review Board
       300 E. Joppa Road, Suite 1000
       Towson, Maryland  21286

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cary J. Hansel, Jr.
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____                    _____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

OAO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant.  Place where

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were

- G  Returned

- G  Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____   _____
                Date                         *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.