FILED
LOGGED
AUG 06 '10
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Raymond Woollard, et al., *
Plaintiff(s)
* Case No.: 1:10-cv-02068-JFM
vs.
*
Terrence Sheridan, et al., *
Defendant(s)
*

\*\*\*\*\*\*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Cary J. Hansel_____, am a member in good standing of the bar of this Court. My bar number is __14722____. I am moving the admission of __Alan Gura_____ to appear *pro hac vice* in this case as counsel for __Raymond Woollard and Second Amendment Foundation, Inc.__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California Supreme Court, Dec. 1, 1995 | **Please see attached** |
| Dist. of Columbia Ct. of Appeals, Jan. 6, 1997 | |
| Virginia Supreme Court, Nov. 4, 2004 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0____ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| **Cary J. Hansel** | **Alan Gura** |
| Printed Name | Printed Name |
| Joseph, Greenwald & Laake | Gura & Possessky, PLLC |
| Firm | Firm |
| 6404 Ivy Lane, Suite 400, Greenbelt, MD 20770 | 101 N. Columbus Street, Suite 405, Alexandria, VA 22314 |
| Address | Address |
| **301.220.2200** | **703.835.9085** |
| Telephone Number | Telephone Number |
| **301.220.1214** | **703.997.7665** |
| Fax Number | Fax Number |
| **chansel@jgllaw.com** | **alan@gurapossessky.com** |
| Email Address | Email Address |

## BAR ADMISSIONS

United States Supreme Court          January 10, 2000

State Bars:

    California Supreme Court              December 1, 1995
    District of Columbia Ct. of Appeals   January 6, 1997
    Virginia Supreme Court                November 4, 2004

United States Courts of Appeal:

    District of Columbia Circuit   April 17, 2001
    Second Circuit                 January 10, 2002
    Fourth Circuit                 March 1, 2001
    Fifth Circuit                  October 24, 2007
    Sixth Circuit                  May 14, 2007
    Seventh Circuit                December 19, 2008
    Ninth Circuit                  November 6, 1997
    Eleventh Circuit               June 14, 2001
    Federal Circuit                May 17, 2007

United States District Courts:

    Central District of California    March 1, 1996
    Southern District of California   October 9, 1997
    Northern District of California   November 26, 1997
    Eastern District of California    October 24, 2000
    District of Columbia              March 1, 1999
    Eastern District of Virginia      December 9, 2005