IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SECOND AMENDMENT FOUNDATION, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:10-cv-02068-JFM |
| | ) | |
| TERRENCE SHERIDAN, | ) | |
| | ) | |
| DENIS GALLAGHER, | ) | |
| SEYMOUR GOLDSTEIN, and | ) | |
| CHARLES M. THOMAS, JR. | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE OF CORPORATE INTEREST

I certify, as party/counsel in this case that Second Amendment Foundation, Inc. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

 August 9, 2010                                                /s/
*Date*                                              *Signature*

Cary J. Hansel            14722
Printed Name         Bar Number

6404 Ivy Lane, Suite 400
Address

Greenbelt, Maryland  20770
City/State/Zip

(301) 220-2200            (301) 220-1214
Phone No.              Fax No.

U.S. District Court (6/13/2003) Disclosure of Corporate Interest