# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND WOOLLARD** * | |
| and * | |
| **SECOND AMENDMENT FOUNDATION, INC.,** * | |
| * | |
| Plaintiffs, | |
| * | |
| v. | Civil Case No. 1:10-cv-02068-JFM |
| * | |
| **TERRENCE SHERIDAN,** *et al.*, | |
| * | |
| Defendants. | |
| * | |

\*   \*   \*   \*   \*   \*            \*   \*   \*   \*   \*   \*

## STIPULATION

Plaintiffs, Raymond Woollard and Second Amendment Foundation, Inc., and Defendants, Terrence Sheridan, Denis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr., by their undersigned attorneys, hereby stipulate:

1.   Counsel for Defendants have accepted service of the Complaint on behalf of all Defendants; and

2. Defendants shall respond to the Complaint on or before September 20, 2010.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| MATTHEW J. FADER | CARY J. HANSEL, ESQ. |
| Assistant Attorney General | Joseph, Greenwald & Laake, P.A. |
| Office of the Attorney General | 6404 Ivy Lane, Suite 400 |
| 200 St. Paul Place, 20th Floor | Greenbelt, Maryland 20770 |
| Baltimore, Maryland 21202 | (301) 220-2200 |
| (410) 576-7906 | |
| | |
| DAN FRIEDMAN | ALAN GURA, ESQ. |
| Assistant Attorney General | Gura & Possessky, PLLC |
| Office of the Attorney General | 101 N. Columbus St., Suite 405 |
| 90 State Circle, Room 104 | Alexandria, Virginia 22314 |
| Annapolis, Maryland 21401 | (703) 835-9085 |
| (410) 946-5600 | |

Dated: August 25, 2010