## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND WOOLLARD** | * |
| and | * |
| **SECOND AMENDMENT FOUNDATION, INC.,** | * |
| | * |
| Plaintiffs, | |
| | * |
| v. | Civil Case No. 1:10-cv-02068-JFM |
| | * |
| **TERRENCE SHERIDAN,** *et al.*, | |
| | * |
| Defendants. | |
| | * |

\*   \*   \*   \*   \*   \*         \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS

Defendants Terrence Sheridan, Denis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr., by their undersigned attorneys, respectfully move to dismiss all claims in the complaint filed by Plaintiffs Raymond Woollard and Second Amendment Foundation, Inc. ("SAF"), pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), on grounds of abstention, standing and failure to state a claim on which relief can be granted. The Memorandum of Law attached to this Motion, and incorporated herein, more fully sets forth the points and authorities supporting defendants' entitlement to the requested relief.

A proposed order is attached.

                                              Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN (Bar ID. 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
(410) 946-5600
dfriedman@oag.state.md.us


_____/s/_____
MATTHEW J. FADER (Bar ID. 29294)
Assistant Attorney General
STEPHEN M. RUCKMAN (Bar ID. 28981)
Attorney
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7906
mfader@oag.state.md.us
sruckman@oag.state.md.us

Dated: September 20, 2010