IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RAYMOND WOOLLARD** | * |
| and | * |
| **SECOND AMENDMENT FOUNDATION, INC.,** | * |
| | * |
| Plaintiffs, | |
| | * |
| v. | Civil Case No. 1:10-cv-02068-JFM |
| | * |
| **TERRENCE SHERIDAN,** *et al.*, | |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \*   \* \* \* \* \* \*

## ORDER

AND NOW, this _____ day of _____, 2010, after considering the Motion to Dismiss filed by Defendants Terrence Sheridan, Denis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr., through their undersigned attorneys, on September 20, 2010, and any response thereto, it is hereby ORDERED that the Complaint in this matter be dismissed with prejudice.

BY THE COURT

_____
J. Frederick Motz
District Judge