IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, et al., | ) | Case No. 1:10-cv-02068-JFM |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE SHERIDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

[PROPOSED] ORDER

This matter came before the Court on Defendants' motion to dismiss the complaint.

Upon reviewing the pleadings, the Court finds that Plaintiffs have stated a valid claim upon which relief may be granted, for which they have standing to pursue, and abstention is unavailable.

Accordingly, the motion is DENIED.

Defendants are ordered to answer the Complaint within ten days of the date of this order.

SO ORDERED.

This the ____ day of _____, 2010.


_____
The Hon. J. Frederick Motz
United States District Judge