

**DOUGLAS F. GANSLER**
Attorney General

**KATHERINE WINFREE**
Chief Deputy Attorney General

**JOHN B. HOWARD, JR.**
Deputy Attorney General

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

TELECOPIER NO.
410-576-6955

WRITER'S DIRECT DIAL NO. 410-576-7906
E-Mail Address: mfader@oag.state.md.us

November 12, 2010

*Via CM/ECF*

The Honorable J. Frederick Motz
United States District Judge
United States District Court for the
　District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

　　　　Re:　Raymond Woollard, et al., v. Terrence Sheridan, et al.,
　　　　　　Case No. 1:10-cv-02068-JFM

Dear Judge Motz:

　　On behalf of the defendants in the above-referenced case, this is to request a status conference. In this case, plaintiffs challenge the constitutionality of a provision of Maryland's statute regarding permits to wear, carry or transport handguns. The Complaint in this case was filed on July 29, 2010. On September 20, 2010, Defendants filed a motion to dismiss, which has now been fully briefed. The motion to dismiss asks the Court to dismiss the Complaint on grounds of abstention, as well as raising questions as to the standing of one of the plaintiffs and making a Rule 12(b)(6) challenge to one of the two counts contained in the Complaint. No discovery has occurred.

　　On the afternoon of November 11, 2010, plaintiffs' counsel informed defendants' counsel that plaintiffs intend to file a motion for summary judgment by today. Defendants believe that engaging in summary judgment practice at this stage of the litigation is premature, and have communicated that to plaintiffs. Defendants understand that plaintiffs nonetheless intend to file a motion for summary judgment as soon as today.

___

200 Saint Paul Place ♦ Baltimore, Maryland, 21202-2021
Main Office (410) 576-6300 ♦ Main Office Toll Free (888) 743-0023 ♦ D.C. Metro (301) 470-7534
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ♦ Homebuilders Division Toll Free (877) 259-4525 ♦ Telephone for Deaf: (410) 576-6372
www.oag.state.md.us

In light of that, defendants request that the Court hold a status conference in the near future to address the issue of the timing of filing summary judgment motions. Plaintiffs have stated that they do not believe there is any need for a scheduling conference at this time.

      Thank you for your attention.

                                            Very truly yours,

                                                 /s/

                                            Matthew J. Fader

cc: All Counsel of Record (via CM/ECF)