IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAYMOND WOOLLARD, et al., | ) Case No. 1:10-cv-02068-JFM |
| Plaintiffs, | ) PLAINTIFFS' MOTION FOR ) SUMMARY JUDGMENT |
| v. | ) |
| TERRENCE SHERIDAN, et al., | ) |
| Defendants. | ) |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Plaintiffs, Raymond Woollard and Second Amendment Foundation, Inc., by and through undersigned counsel, and move this Honorable Court pursuant to Fed. R. Civ. Proc. 56 for entry of Summary Judgment on their behalf and against Defendants, as Plaintiffs are entitled to a judgment as a matter of law and there are no material factual disputes among the parties. The motion is based upon the attached Memorandum in Support, Exhibits, Declarations, the Court's file, and any matter of which the Court may take judicial notice. A proposed order is attached.

Dated: November 15, 2010

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By: /s/ Alan Gura
Alan Gura

Respectfully submitted,

Cary J. Hansel
Joseph, Greenwald & Laake
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301.220.2200/Fax 301.220.1214

By: /s/ Cary J. Hansel
Cary J. Hansel

Attorneys for Plaintiffs