IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAYMOND WOOLLARD, et al., ) | Case No. 1:10-cv-02068-JFM |
| ) | |
| Plaintiffs, ) | [PROPOSED] ORDER |
| ) | |
| v. ) | |
| ) | |
| TERRENCE SHERIDAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' motion for summary judgment.

As there is no genuine, material dispute of fact, and as Plaintiffs are entitled to judgment as a matter of law, the motion is GRANTED.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are permanently enjoined from enforcing Maryland Public Safety Code § 5-306(a)(5)(ii);

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are permanently enjoined from denying permits to carry firearms on grounds that an applicant does not face a level of danger higher than that which an average person would reasonably expect to encounter; and

Defendants are directed to forthwith renew Plaintiff Raymond Woollard's permit to carry a handgun.

SO ORDERED.

This the _____ day of _____, 20__.


                                                       _____
                                                       The Hon. J. Frederick Motz
                                                       United States District Judge