

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

STATE OF MARYLAND
**MARYLAND STATE POLICE**

Licensing Division
1111 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4500



COLONEL
TERRENCE B. SHERIDAN
SUPERINTENDENT

February 2, 2009

Raymond E. Woollard
19109 St. Abrahams Court
Hampstead, Maryland 21074

Dear Mr. Woollard:

A review of your handgun permit application 438#65541 by the Maryland State Police Licensing Division Handgun Permit Unit revealed that additional information is required as follows:

1. **Evidence is needed to support apprehended fear (I.e. -copies of police reports for assaults, threats, harassments, stalking).**

If the above item(s) are not received in this office by **March 2, 2009**, your application will be **disapproved**.

Please return this letter and requested documentation to the Handgun Permit Unit at the above address. **If you have any questions or need additional information, please contact Cpl. Cusimano, at** (410) 653-4500.

Sincerely,

M. Cusimano – Corporal
Supervisor
Handgun Permit Section

29-13(1/2003)

*"Maryland's Finest"*