

MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT GOVERNOR

STATE OF MARYLAND
MARYLAND STATE POLICE

Licensing Division
1111 Reisterstown Road
Pikesville, Maryland 21208
(410) 653-4500



COLONEL
TERRENCE B. SHERIDAN
SUPERINTENDENT

April 1, 2009

Raymond E. Woollard
19109 St. Abrahams Court
Hampstead, Maryland 21074

Dear Mr. Woollard:

Title 5-306, of the Annotated Code of Maryland, establishes the qualifications and procedures for the issuance of a handgun permit. Based on that criteria, your request for a handgun permit has been **disapproved.**

You have ten (10) days from the receipt of this notice to request an informal review of your application with the Superintendent. An Informal Review Request has been attached at the bottom of this letter. If you do not want an informal review, you may appeal the Superintendent's decision directly to the Handgun Permit Review Board, also with ten (10) days of the receipt of this notice.

The Handgun Permit Review Board has the authority to sustain, reverse, or modify the Superintendent's decision. Your request to the Handgun Permit Review Board must be in writing to the following address, 300 E. Joppa Road, Suite 1000, Baltimore, Maryland 21286.

Sincerely,

M. Cusimano – Corporal
Handgun Permit Section

---

438-65541         **Informal Review Request**         Date: 4-07-09

Send To: Maryland State Police, Handgun Permit Unit, 1111 Reisterstown Road, Pikesville, Maryland 21208.

NAME: Raymond Earle Woollard    Current Address: 19109 ST. ABRAHAMS Court
                                                  Hampstead, Maryland 21074
Phone Number: #

29-9 (11/2006)  Received 4-04-09

*"Maryland's Finest"*