IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, et al., | ) | Case No. 1:10-cv-02068-JFM |
| | ) | |
| Plaintiffs, | ) | DECLARATION OF |
| | ) | JULIANNE VERSNEL |
| v. | ) | |
| | ) | |
| TERRENCE SHERIDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JULIANNE VERSNEL

I, Julianne Versnel, am competent to state, and testify to the following based on my personal knowledge:

1. I am the Director of Operations for the Second Amendment Foundation, Inc. ("SAF").

2. SAF is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF has over 650,000 members and supporters nationwide. The purposes of SAF include promoting the exercise of the right to keep and bear arms; and education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control. Plaintiff Second Amendment Foundation ("SAF")

3. SAF has numerous members and supporters throughout Maryland. Most of SAF's members and supporters are gun owners who enjoy exercising their right to bear arms for self-defense.

4.      Owing to its mission, SAF's organizational resources are taxed by inquiries regarding the implementation of Maryland's gun carrying regulations, which deprive the members and supporters of SAF of their ability to carry firearms for self-defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12 day of November, 2010.

_____
Julianne Versnel