## UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 17, 2010

MEMO TO COUNSEL RE:  Raymond Woollard, et al. v. Terrence Sheridan, et al.
Civil No. JFM-10-2068

Dear Counsel:

A status conference will be held by telephone at 11:00 am on Friday, November 19, 2010.  I ask counsel for plaintiff to make the arrangements for the conference call.

Very truly yours,


J. Frederick Motz
United States District Judge