UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 22, 2010

MEMO TO COUNSEL RE:  Raymond Woollard, et al. v. Terrence Sheridan, et al.
Civil No. JFM-10-2068

Dear Counsel:

This will confirm, as I ruled during the telephone conference held last week, that defendants need not respond to plaintiff's summary judgment motion until I have ruled upon defendant's motion to dismiss.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge