IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, et al.,　　　　*
　　　　　　　　　　　　　　　　　*
　　　　v.　　　　　　　　　　　　*　　Civil No. JFM-10-2068
　　　　　　　　　　　　　　　　　*
TERRENCE SHERIDAN, et al.　　　　 *
　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　******

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 29th day of December 2010

　　　ORDERED that

1.  Defendants' Motion to Dismiss (no. 8) is denied as to Count I and granted as to Count II;

2.  Plaintiffs are granted leave to file an amended complaint.


　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　　　　　　　　United States District Judge