UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 29, 2010

MEMO TO COUNSEL RE: Raymond Woollard, et al. v. Terrence Sheridan, et al.
Civil No. JFM-10-2068

Dear Counsel:

I am today entering a memorandum and order denying defendants' motion to dismiss on abstention grounds. I ask plaintiffs to file an amended complaint on or before January 21, 2011.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge