IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAYMOND WOOLLARD, et al., ) | Case No. 1:10-cv-02068-JFM |
| ) | |
| Plaintiffs, ) | PLAINTIFFS' MOTION FOR |
| ) | SUMMARY JUDGMENT |
| v. ) | |
| ) | |
| TERRENCE SHERIDAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Plaintiffs, Raymond Woollard and Second Amendment Foundation, Inc., by and through undersigned counsel, and move this Honorable Court pursuant to Fed. R. Civ. Proc. 56 for entry of Summary Judgment on their behalf and against Defendants, as Plaintiffs are entitled to a judgment as a matter of law and there are no material factual disputes among the parties. The motion is based upon the attached Memorandum in Support, Exhibits and Declarations previously filed on motion for summary judgment, the Court's file, and any matter of which the Court may take judicial notice. A proposed order is attached.

Dated: February 18, 2011                Respectfully submitted,

Alan Gura                               Cary J. Hansel
Gura & Possessky, PLLC                  Joseph, Greenwald & Laake
101 N. Columbus Street, Suite 405       6404 Ivy Lane, Suite 400
Alexandria, VA 22314                    Greenbelt, MD 20770
703.835.9085/Fax 703.997.7665           301.220.2200/Fax 301.220.1214

By: /s/ Alan Gura                       By: /s/ Cary J. Hansel
    Alan Gura                               Cary J. Hansel

                                        Attorneys for Plaintiffs