IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**RAYMOND WOOLLARD, et al.,**     *

    *Plaintiffs*,     *

    v.     *     Civil Case No. 1:10-cv-2068-JFM

**TERRENCE SHERIDAN, et al.,**     *

    *Defendants*.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION FOR EXTENSION AND TO SET BRIEFING SCHEDULE**

The defendants, Terrence Sheridan, in his capacity as Superintendent of the Maryland State Police, and Denis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr., in their capacities as members of Maryland's Handgun Permit Review Board, hereby move the Court to extend the time for filing their response in opposition to the plaintiffs' motion for summary judgment (Paper No. 21) from March 7, 2011 until March 22, 2011, and to establish a further briefing schedule for that motion and for the defendants' forthcoming cross-motion for summary judgment:

    1.     On February 18, 2011, the plaintiffs filed a motion for summary judgment (Paper No. 21) requesting entry of judgment as to both counts of their amended complaint.

    2.     The defendants' response is currently due on March 7, 2011.

    3.     The plaintiffs' motion relates to a significant and rapidly evolving area of law in light of recent Supreme Court decisions regarding the interpretation and reach of

the Second Amendment and decisions of lower courts addressing various challenges following from those decisions, including the Fourth Circuit's recent decision in *United States v. Chester*, ___ F.3d ___, 2010 WL 5396069 (4th Cir. Dec. 30, 2010). In light of the issues involved, the defendants seek additional time to respond to the plaintiffs' motion. Counsel for the plaintiffs have consented to an extension of time to respond until March 22, 2011.

    4.    Furthermore, along with their response, the defendants intend to submit a cross-motion for summary judgment as to both counts of the amended complaint. For efficiency, and in accord with the directive for coordination set forth in Local Rule 105(2)(c), the parties have agreed to the following schedule for further briefing of the plaintiffs' motion for summary judgment and for simultaneous briefing of the defendants' forthcoming cross-motion for summary judgment:

    a. The plaintiffs' motion for summary judgment- filed February 18, 2011;

    b. The defendants' opposition to the plaintiffs' motion for summary judgment and cross-motion for summary judgment- to be filed on or before March 22, 2011;

    c. The plaintiffs' reply in support of their motion for summary judgment and response in opposition to the defendants' cross-motion for summary judgment- to be filed on or before April 15, 2011; and

    d. The defendants' reply in support of their cross-motion for summary judgment- to be filed on or before May 2, 2011.

6. A proposed order is attached.

                Respectfully submitted,

                DOUGLAS F. GANSLER
                Attorney General of Maryland

                DAN FRIEDMAN (Bar ID 24535)
                Assistant Attorney General
                Office of the Attorney General
                Legislative Services Building
                90 State Circle
                Annapolis, Maryland 21401
                Tel. 410-946-5600
                dfriedman@oag.state.md.us

                _____/s/_____
                MATTHEW J. FADER (Bar ID 29294)
                Assistant Attorney General
                STEPHEN M. RUCKMAN (Bar ID 28981)
                Attorney
                200 St. Paul Place, 20th Floor
                Baltimore, Maryland 21202
                Tel. 410-576-7906
                Fax. 410-576-6955
                mfader@oag.state.md.us
February 23, 2011            sruckman@oag.state.md.us