IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, et al., | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-JFM |
| TERRENCE SHERIDAN, et al., | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

The defendants, Terrence Sheridan, Superintendent of the Maryland State Police, and Denis Gallagher, Seymour Goldstein, and Charles M. Thomas, Jr., members of Maryland's Handgun Permit Review Board, move the Court to enter judgment in their favor as to both counts of the plaintiffs' complaint for the reasons stated in Defendants' Memorandum in Support of Their Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment, which is being filed simultaneously herewith.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN (Bar ID 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600

|  |  |
|---|---|
|  | dfriedman@oag.state.md.us |
|  | _____/s/_____<br>MATTHEW J. FADER (Bar ID 29294)<br>Assistant Attorney General<br>STEPHEN M. RUCKMAN (Bar ID 28981)<br>Attorney<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>Tel. 410-576-7906<br>Fax. 410-576-6955<br>mfader@oag.state.md.us |
| March 22, 2011 | sruckman@oag.state.md.us |