IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, et al., | ) | Case No. 1:10-cv-02068-BEL |
| | ) | |
| Plaintiffs, | ) | JOINT MOTION FOR EXTENSION |
| | ) | OF TIME |
| v. | ) | |
| | ) | |
| TERRENCE SHERIDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

JOINT MOTION FOR EXTENSION OF TIME

The parties hereby move the Court to modify the current schedule for the briefing of Defendants' cross-motion for summary judgment, by extending Plaintiffs' time to file their opposition to the motion from April 15, 2011 to April 25, 2011, and extending Defendants' time to file their reply from May 2, 2011 to May 18, 2011.

1.     Pursuant to the parties' earlier consented-to schedule, entered by the Court, Defendants filed their cross-motion for summary judgment on March 22, 2011.

2.     Concurrently, two amicus briefs were filed in Defendants' support.

3.     Additionally, unexpected developments in the schedules of counsel for both sides prompted counsel to agree on these proposed new deadlines. This is the first request to extend the deadlines relating to Defendants' motion for summary judgment. The requested extensions are brief.

4.     A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| Alan Gura | Cary J. Hansel |
| Gura & Possessky, PLLC | Joseph, Greenwald & Laake |
| 101 N. Columbus Street, Suite 405 | 6404 Ivy Lane, Suite 400 |
| Alexandria, VA 22314 | Greenbelt, MD 20770 |
| 703.835.9085/Fax 703.997.7665 | 301.220.2200/Fax 301.220.1214 |

By: /s/ Alan Gura                              By: /s/ Cary J. Hansel
      Alan Gura                                          Cary J. Hansel

                                         Attorneys for Plaintiffs

DOUGLAS F. GANSLER
Attorney General of Maryland
DAN FRIEDMAN (Bar ID 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us
_____/s/_____
MATTHEW J. FADER (Bar ID 29294)
Assistant Attorney General
STEPHEN M. RUCKMAN (Bar ID 28981)
Attorney
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Tel. 410-576-7906
Fax. 410-576-6955
mfader@oag.state.md.us
sruckman@oag.state.md.us

April 12, 2011          Attorneys for Defendants