IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAYMOND WOOLLARD, et al., | ) Case No. 1:10-cv-02068-BEL |
| Plaintiffs, | ) |
| v. | ) |
| TERRENCE SHERIDAN, et al., | ) |
| Defendants. | ) |

[PROPOSED] ORDER

Upon consideration of the Joint Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED, and the following shall be the briefing schedule applicable to the Defendants' cross-motion for summary judgment:

a. The Plaintiffs' opposition to the Defendants' cross-motion for summary judgment is due on or before April 25, 2011;

b. The Defendants' reply in support of their cross-motion for summary judgment is due on or before May 18, 2011.

Dated: _____    _____
　　　　　　　　　　　　　　The Hon. Benson Everett Legg
　　　　　　　　　　　　　　United States District Judge