IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, et al.,                    )    Case No. 1:10-cv-02068-BEL
                                             )
                         Plaintiffs,         )
                                             )
                    v.                       )
                                             )
TERRENCE SHERIDAN, et al.,                   )
                                             )
                         Defendants.         )
_____)

ORDER

Upon consideration of the Joint Motion for Extension of Time, it is hereby

ORDERED that the motion is GRANTED, and the following shall be the briefing

schedule applicable to the Defendants' cross-motion for summary judgment:

a.    The Plaintiffs' opposition to the Defendants' cross-motion for summary judgment

      is due on or before April 25, 2011;

b.    The Defendants' reply in support of their cross-motion for summary judgment is

      due on or before May 18, 2011.

Dated: __April 13, 2011__    _Benson Everett Legg_
                             The Hon. Benson Everett Legg
                             United States District Judge