IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, et al., | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| TERRENCE SHERIDAN, et al., | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE TO SUBSTITUTE ATTORNEY FOR AMICUS CURIAE**

Attorneys Jonathan L. Marcus and Elizabeth-Ann D. Katz of Covington & Burling LLP (the "Firm") hereby notify the Court that Ms. Katz will replace Mr. Marcus as attorney of record in this matter. Mr. Marcus is leaving the Firm effective May 27, 2011, and as a result, will no longer be acting as counsel for amicus curiae Legal Community Against Violence ("LCAV"). The Firm itself and its other individual lawyers, including Ms. Katz, who is a member of the Bar of this Court (Bar ID #17878), will remain as counsel for LCAV.

The Firm respectfully requests that the Court and Parties remove Jonathan L. Marcus from all mail and electronic service lists pertaining to this case. Instead, all mail and electronic service should be sent to Ms. Katz.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Jonathan L. Marcus |
|  | /s/ Elizabeth-Ann D. Katz |
| Dated: May 20, 2011 | Jonathan L. Marcus (Bar ID #12693) |

Elizabeth-Ann D. Katz (Bar ID #17878)
Matthew S. Krauss
Jonathan D. Cohen
COVINGTON & BURLING, LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-662-6000
Fax: 202-662-6291
jmarcus@cov.com
ekatz@cov.com
*Counsel for* Amicus Curiae *Legal Community Against Violence*