IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| MARCUS BROWN, *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF AUTOMATIC SUBSTITUTION
PURSUANT TO RULE 25(D)**

Defendants, by their undersigned counsel, provide notice of the automatic substitution of Marcus Brown, in his official capacity as Superintendent of the Maryland State Police, for Terrence Sheridan, the former Superintendent.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN (Bar ID 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us

          /s/
_____
MATTHEW J. FADER (Bar ID 29294)
Assistant Attorney General

                                                                              STEPHEN M. RUCKMAN (Bar ID 28981)
                                                                              Attorney
                                                                              200 St. Paul Place, 20th Floor
                                                                              Baltimore, Maryland 21202
                                                                              Tel. 410-576-7906
                                                                              Fax. 410-576-6955
                                                                              mfader@oag.state.md.us
                                                                              sruckman@oag.state.md.us

September 8, 2011                                        Counsel for Defendants