IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| MARCUS BROWN, *et al.*, | * | |
| *Defendants*. | * | |

\* * * * * * * * * * * * *

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with the Court's consideration of the parties' cross-motions for summary judgment, the defendants provide this notice of supplemental authority. On September 2, 2011, the United States District Court for the Southern District of New York issued the attached opinion resolving, *inter alia*, cross-motions for summary judgment regarding a challenge to New York's handgun wear and carry permit statute. *Kachalsky v. Cacace*, 2011 U.S. Dist. LEXIS 99837, No. 10-CV-5413 (CS), *54-105 (S.D.N.Y. Sept. 2, 2011). The Second Amendment Foundation, a plaintiff in this case, is also a plaintiff in the *Kachalsky* case, and is represented by the same lead counsel in both cases. *Id.* at *1.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN (Bar ID 24535)
Assistant Attorney General
Office of the Attorney General

        Legislative Services Building
        90 State Circle
        Annapolis, Maryland 21401
        Tel. 410-946-5600
        dfriedman@oag.state.md.us

          /s/
        _____
        MATTHEW J. FADER (Bar ID 29294)
        Assistant Attorney General
        STEPHEN M. RUCKMAN (Bar ID 28981)
        Attorney
        200 St. Paul Place, 20th Floor
        Baltimore, Maryland 21202
        Tel. 410-576-7906
        Fax. 410-576-6955
        mfader@oag.state.md.us
        sruckman@oag.state.md.us

September 8, 2011        Counsel for Defendants