IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| MARCUS BROWN, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with the Court's consideration of the parties' cross-motions for summary judgment, the defendants provide this notice of the decision issued by the United States District Court for the District of New Jersey in *Piszczatoski v. Filko*, Civ. No. 10-06110, 2012 U.S. Dist. LEXIS 4293 (D.N.J. Jan. 12, 2012).

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN (Bar ID 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us

      /s/
MATTHEW J. FADER (Bar ID 29294)
Assistant Attorney General
STEPHEN M. RUCKMAN (Bar ID 28981)

                                      Attorney
                                      200 St. Paul Place, 20th Floor
                                      Baltimore, Maryland 21202
                                      Tel. 410-576-7906
                                      Fax. 410-576-6955
                                      mfader@oag.state.md.us
                                      sruckman@oag.state.md.us

January 19, 2011                       Counsel for Defendants