IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, et al.  :

    Plaintiffs

                          :

v.                                      Civil Case No. L-10-2068

                          :

TERRENCE SHERIDAN, et al.

                          :

    Defendants                  :

o0o
**ORDER**

For the reasons set forth in the accompanying Memorandum of even date, it is, this 2nd day of March, 2012, hereby ORDERED as follows:

1. Plaintiffs' Motion for Summary Judgment (Docket No. 21) is hereby GRANTED,

2. Defendants' Motion for Summary Judgment (Docket No. 25) is hereby DENIED,

3. Plaintiffs' prior Motion for Summary Judgment (Docket No. 12) is DENIED AS MOOT, and

4. The Clerk is directed to CLOSE the case.

/s/
_____
Benson Everett Legg
United States District Judge