IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| MARCUS BROWN, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the defendants' motion for immediate stay pending appeal, and any response thereto, that motion is GRANTED, and it is hereby:

ORDERED that the effect of the Court's Order dated March 2, 2012, and entered on March 5, 2012, granting the plaintiffs' motion for summary judgment and denying the defendants' motion for summary judgment (ECF No. 53) (the "Order"), along with any subsequent order clarifying or amending the Order, is hereby STAYED until the judgment shall have become final, after appeal.

_____
Benson Everett Legg
United States District Judge