IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| MARCUS BROWN, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the defendants' Consent Motion for Expedited Briefing on Defendants' Motion for Clarification or Amendment of Order and for Immediate Stay Pending Appeal (ECF No. 55) (the "Motion"), the Motion is GRANTED, and it is hereby:

ORDERED that the plaintiffs shall file any response to the Motion by Friday, March 16, 2012.

_____
Benson Everett Legg
United States District Judge