IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, *et al.*,         *

    *Plaintiffs*,         *

v.                                   *   Civil Case No. 1:10-cv-2068-BEL

MARCUS BROWN, *et al.*,              *

    *Defendants*.         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of the defendants' Consent Motion for Expedited Briefing on Defendants' Motion for Clarification or Amendment of Order and for Immediate Stay Pending Appeal (ECF No. 55) (the "Motion"), the Motion is GRANTED, and it is hereby:

ORDERED that the plaintiffs shall file any response to the Motion by Friday, March 16, 2012.

March 8, 2012

                                        */s/ Benson Everett Legg*
                                        Benson Everett Legg
                                        United States District Judge