UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, et al.,

            Plaintiffs,

v.                                   Civil No. 1:10-cv-2068-BEL

MARCUS BROWN, et al.,

            Defendants.

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE THE BILL OF COSTS AND ATTORNEYS' FEE MOTION**

Come now the Plaintiffs, with the consent of all parties, by and through undersigned counsel, and hereby move for an extension of time for Plaintiffs to file the bill of costs and attorney fee motion. The Plaintiffs seek an extension of 60 days from the date of the circuit mandate in the case of an appeal, or an extension of 60 days from the date that time expires to notice an appeal. The Defendants consent to this extension. No party will be prejudiced by the grant of the relief sought herein.

WHEREFORE, the Plaintiffs, with the consent of all parties, respectfully request an extension of 60 days from the date of the circuit mandate in the case of an appeal, or an extension of 60 days from the date that time expires to notice an appeal.

Dated:  March 16, 2012                              Respectfully submitted,


Alan Gura                                            Cary J. Hansel
Gura & Possessky, PLLC                               Joseph, Greenwald & Laake, P.A.
101 N. Columbus Street, Suite 405                    6404 Ivy Lane, Suite 400
Alexandria, VA 22314                                 Greenbelt, MD 20770
703.835.9085                                         301.220.2200

By:  /s/ Alan Gura                                   By:  /s/ Cary Hansel
    Alan Gura                                             Cary Hansel

*Attorneys for the Plaintiffs*