UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, et al.,

    Plaintiffs,

v.                                                                                          Civil No. 1:10-cv-2068-BEL

MARCUS BROWN, et al.,

    Defendants.

### ORDER

Upon consideration of the Plaintiffs' motion for an extension of time to file the bill of costs and attorneys' fee motion, it is, this 16th day of March, 2012,

ORDERED, that the Plaintiffs' motion is GRANTED; and it is further

ORDERED, that the Plaintiff shall have 60 days from the date of the circuit mandate in the case of an appeal, or 60 days from the date that time expires to notice an appeal, to file their motion for the bill of costs and attorneys' fees.

_____
The Honorable Benson Everett Legg
Judge, United States District Court