UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

March 20, 2012

MEMORANDUM TO COUNSEL RE:     Woolard, et al. v. Sheridan, et al.
                              Civil No. L-10-2068

Dear Counsel:

     Now pending is Defendants' Motion for Clarification and for a Stay Pending Appeal. Docket No. 54.  I would like to discuss the Motion with counsel, and a teleconference has been scheduled for March 22, 2012 at 4:30 p.m.  The topics we will discuss will include the following:

1. Whether the "good and substantial reason" language is severable.

2. Whether the State will now issue a permit to Mr. Woollard.

3. Assume the excision of the "good and substantial reason" requirement.  How would Maryland's permitting system compare with the system in force in other states?

4. In terms of handgun violence, how does Maryland compare with states with less restrictive permitting systems?

     Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
Benson Everett Legg