IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| MARCUS BROWN, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING DRAFT ORDER**

During the telephonic conference on March 22, 2012, the Court directed the parties to draft and submit an order reflecting the Court's intent to award injunctive relief in favor of the plaintiffs, as well as the Court's intent to enter a temporary stay of its March 5, 2012 Order (ECF No. 53) granting the plaintiffs' motion for summary judgment and denying the defendants' motion for summary judgment. The Court stated that the defendants' participation in drafting an order reflecting the Court's intent would not constitute a waiver of any objections other than to the form of the order. The parties have conferred, and jointly submit the attached draft order as reflecting the stated intent of the Court with respect to issuance of injunctive relief and a temporary stay. The defendants expressly preserve all objections other than to the form of the order. The draft order also

reflects the parties' agreement with respect to a proposed briefing schedule to address the three questions posed by the Court during the March 22, 2012 telephonic conference.

                                      Respectfully submitted,

                                      DOUGLAS F. GANSLER
                                      Attorney General of Maryland

                                      DAN FRIEDMAN (Fed. Bar # 24535)
                                      Assistant Attorney General
                                      Office of the Attorney General
                                      Legislative Services Building
                                      90 State Circle, Room 104
                                      Annapolis, Maryland 21401
                                      Tel. 410-946-5600
                                      dfriedman@oag.state.md.us

                                      _____/s/_____
                                      MATTHEW J. FADER (Fed. Bar # 29294)
                                      STEPHEN M. RUCKMAN (Fed. Bar # 28981)
                                      Assistant Attorneys General
                                      200 St. Paul Place, 20th Floor
                                      Baltimore, Maryland 21202
                                      Tel. 410-576-7906
                                      Fax. 410-576-6955
                                      mfader@oag.state.md.us
                                      sruckman@oag.state.md.us

March 29, 2012                          Attorneys for Defendants