IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, *et al.*,       *

   *Plaintiffs*,                     *

   v.                                *       Civil Case No. 1:10-cv-2068-BEL

MARCUS BROWN, *et al.*,           *

   *Defendants*.                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the defendants' Rule 59(e) motion for clarification or amendment (ECF No. 54), the plaintiffs' response (ECF No. 59), and for the reasons stated in the Court's Memorandum Opinion filed on March 5, 2012 (ECF No. 52), it is hereby:

ORDERED that the defendants' motion for clarification or amendment (ECF No. 54) is GRANTED to the extent expressly stated in this Order.  The Court has requested additional briefing with respect to the defendants' request for a stay pending appeal, made as part of the same motion as the defendants' motion for clarification or amendment.  The Court has not resolved that part of the defendants' motion, but will rule on that request at a later date; and it is further

ORDERED that the Court's March 5, 2012 Order (ECF No. 53) is amended, effective as of the date of this Order, to include the following injunctive relief:

1. The defendants, their officers, agents, and employees are hereby permanently enjoined from enforcing § 5-306(a)(5)(ii) of the Public Safety Article of the Maryland Code, which conditions eligibility for a handgun wear-and-carry permit on a finding that an applicant "has good and substantial reason to wear, carry, or transport a handgun, such as a finding that the permit is necessary as a reasonable precaution against apprehended danger" (the "Good and Substantial Reason Requirement.")  With the exception of the Good and Substantial Reason Requirement, the remainder of § 5-306 of the Public Safety Article remains valid and is unaffected by this Order;

2. Defendant Superintendent of the Maryland State Police Marcus Brown or his delegates shall promptly inform Plaintiff Raymond Woollard of the information required by the Maryland State Police to process Mr. Woollard's 2009 handgun wear-and-carry permit renewal application.  Upon receipt of that additional information from Mr. Woollard, Superintendent Brown or his delegates shall process Mr. Woollard's 2009 handgun wear-and-carry permit renewal application without consideration of the Good and Substantial Reason Requirement; and it is further

ORDERED that the Court's March 5, 2012 Order (ECF No. 53), as amended by this Order, is hereby STAYED until the earlier of a further order of the Court dissolving the stay or a ruling on the defendants' request for a stay pending appeal under Rule 62(c); and it is further

ORDERED that the following schedule is established for the parties to submit additional briefs, of no more than 10 pages each (not including exhibits or passages of previous filings incorporated by reference), addressing the defendants' motion for stay

pending appeal, and specifically addressing the three questions posed by the Court during the March 22, 2012 telephone conference:

1. The defendants shall submit an opening brief on or before April 19, 2012;

2. The plaintiffs shall submit a response brief on or before May 9, 2012; and

3. The defendants shall submit a reply brief on or before May 23, 2012.


Dated: _____                    _____
                                            Benson Everett Legg
                                            United States District Judge