IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-BEL |
| MARCUS BROWN, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that all defendants appeal to the United States Court of Appeals for the Fourth Circuit from the March 5, 2012 Order (ECF No. 53) of the United States District Court for the District of Maryland granting the plaintiffs' motion for summary judgment and denying the defendants' motion for summary judgment, and the March 30, 2012 Order (ECF No. 63) amending the March 5 Order.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

DAN FRIEDMAN (Bar ID 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401
Tel. 410-946-5600
dfriedman@oag.state.md.us

        /s/
_____
MATTHEW J. FADER (Bar ID 29294)
STEPHEN M. RUCKMAN (Bar ID 28981)
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Tel. 410-576-7906
Fax. 410-576-6955
mfader@oag.state.md.us
sruckman@oag.state.md.us

April 2, 2012                Counsel for Defendants