FILED:  April 6, 2012

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

—————————————

No. 12-1437
(1:10-cv-02068-BEL)

—————————————

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

   Plaintiffs - Appellees

v.

TERRENCE SHERIDAN; DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

   Defendants - Appellants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:10-cv-02068-BEL |
| Date notice of appeal filed in originating court | 04/02/2012 |
| Appellant(s) | Terrence Sheridan |
| Appellate Case Number | 12-1437 |
| Case Manager | Donna Lett 804-916-2704 |