**Gun Crime in the US, 2010**

http://www.fbi.gov/about-us/cjis/ucr/crime-in-the.u.s/2010/crime-in-the-u.s.-2010

| State | Code | Total murders | Total firearms murders, 2010 | Total firearms murders, 2009 | % change, 2009-10 | Handguns murders | Firearms murders as % of all murders | Firearms murders per 100,000 population | Firearms robberies per 100,000 population | Firearms assaults per 100,000 population |
|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES | | 12,996 | 8,775 | 9,146 | -4 | 6,009 | 68 | 2.84 | 42 | 45 |
| Alabama | AL | 199 | 135 | 229 | -41 | 112 | 68 | 2.85 | 17 | 32 |
| Alaska | AK | 31 | 19 | 13 | 46 | 3 | 61 | 2.68 | 22 | 77 |
| Arizona | AZ | 352 | 232 | 197 | 18 | 152 | 66 | 3.47 | 45 | 54 |
| Arkansas | AR | 130 | 93 | 107 | -13 | 49 | 72 | 3.20 | 37 | 88 |
| California | CA | 1,811 | 1,257 | 1,360 | -8 | 953 | 69 | 3.37 | 48 | 45 |
| Colorado | CO | 117 | 65 | 94 | -31 | 34 | 56 | 1.28 | 22 | 38 |
| Connecticut | CT | 131 | 97 | 70 | 39 | 72 | 74 | 2.75 | 33 | 22 |
| Delaware | DE | 48 | 38 | 31 | 23 | 25 | 79 | 4.26 | 94 | 92 |
| District of Columbia | DC | 131 | 99 | 113 | -12 | 32 | 76 | 16.21 | 256 | 99 |
| Florida | FL | | | | | | | | 59 | 71 |
| Georgia | GA | 527 | 376 | 378 | -1 | 315 | 71 | 3.79 | 62 | 52 |
| Hawaii | HI | 24 | 7 | 8 | -13 | 6 | 29 | 0.54 | 7 | 13 |
| Idaho | ID | 21 | 12 | 5 | 140 | 12 | 57 | 0.77 | 4 | 23 |
| Illinois (1) | IL | 453 | 364 | 386 | -6 | 355 | 80 | 2.81 | 2 | 6 |
| Indiana | IN | 198 | 142 | 209 | -32 | 83 | 72 | 2.20 | 17 | 8 |
| Iowa | IA | 38 | 21 | 11 | 91 | 9 | 55 | 0.69 | 9 | 19 |
| Kansas | KS | 100 | 63 | 85 | -26 | 30 | 63 | 2.22 | 24 | 71 |
| Kentucky | KY | 180 | 116 | 112 | 4 | 76 | 64 | 2.67 | 40 | 24 |
| Louisiana | LA | 437 | 351 | 402 | -13 | 263 | 80 | 7.75 | 47 | 77 |
| Maine | ME | 24 | 11 | 11 | 0 | 4 | 46 | 0.84 | 6 | 4 |
| Maryland | MD | 424 | 293 | 305 | -4 | 272 | 69 | 5.11 | 57 | 31 |
| Massachusetts | MA | 209 | 118 | 93 | 27 | 52 | 56 | 1.78 | 25 | 31 |
| Michigan | MI | 558 | 413 | 437 | -5 | 239 | 74 | 4.16 | 56 | 83 |
| Minnesota | MN | 91 | 53 | 38 | 39 | 43 | 58 | 1.00 | 19 | 20 |
| Mississippi | MS | 165 | 120 | 105 | 14 | 98 | 73 | 4.05 | 48 | 30 |
| Missouri | MO | 419 | 321 | 276 | 16 | 189 | 77 | 5.34 | 53 | 89 |

| State | Abbr | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Montana | MT | 21 | 12 | 19 | -37 | 6 | 57 | 1.22 | 2 | 28 |
| Nebraska | NE | 51 | 32 | 23 | 39 | 29 | 63 | 1.77 | 24 | 29 |
| Nevada | NV | 158 | 84 | 91 | -8 | 57 | 53 | 3.16 | 65 | 59 |
| New Hampshire | NH | 13 | 5 | 4 | 25 | 2 | 38 | 0.38 | 7 | 15 |
| New Jersey | NJ | 363 | 246 | 220 | 12 | 216 | 68 | 2.82 | 45 | 24 |
| New Mexico | NM | 118 | 67 | 78 | -14 | 36 | 57 | 3.29 | 31 | 82 |
| New York | NY | 860 | 517 | 481 | 7 | 135 | 60 | 2.64 | 13 | 12 |
| North Carolina | NC | 445 | 286 | 335 | -15 | 188 | 64 | 3.02 | 47 | 60 |
| North Dakota | ND | 9 | 4 | 3 | 33 | 3 | 44 | 0.61 | 2 | 3 |
| Ohio | OH | 460 | 310 | 311 | 0 | 176 | 67 | 2.69 | 56 | 30 |
| Oklahoma | OK | 188 | 111 | 125 | -11 | 86 | 59 | 2.98 | 40 | 63 |
| Oregon | OR | 78 | 36 | 41 | -12 | 20 | 46 | 0.93 | 15 | 16 |
| Pennsylvania | PA | 646 | 457 | 468 | -2 | 367 | 71 | 3.62 | 52 | 39 |
| Rhode Island | RI | 29 | 16 | 18 | -11 | 2 | 55 | 1.51 | 19 | 29 |
| South Carolina | SC | 280 | 207 | 197 | 5 | 136 | 74 | 4.50 | 58 | 115 |
| South Dakota | SD | 14 | 8 | 4 | 100 | 3 | 57 | 0.98 | 2 | 18 |
| Tennessee | TN | 356 | 219 | 295 | -26 | 146 | 62 | 3.46 | 74 | 130 |
| Texas | TX | 1,246 | 805 | 862 | -7 | 581 | 65 | 3.19 | 65 | 62 |
| Utah | UT | 52 | 22 | 25 | -12 | 16 | 42 | 0.78 | 12 | 21 |
| Vermont | VT | 7 | 2 | 0 | | 1 | 29 | 0.32 | 2 | 8 |
| Virginia | VA | 369 | 250 | 229 | 9 | 137 | 68 | 3.14 | 37 | 24 |
| Washington | WA | 151 | 93 | 101 | -8 | 73 | 62 | 1.38 | 21 | 25 |
| West Virginia | WV | 55 | 27 | 38 | -29 | 16 | 49 | 1.48 | 4 | 19 |
| Wisconsin | WI | 151 | 97 | 95 | 2 | 63 | 64 | 1.71 | 41 | 31 |
| Wyoming | WY | 8 | 5 | 8 | -38 | 0 | 63 | 0.91 | 5 | 14 |

• Florida figures not provided
(1) Illinois supplied limited supplemental data in homicide, robbery and assault crimes.

TOTAL US RATE PER 100,000 IS OFFICIAL FBI RATE
• Rates for robbery and assault are FBI official rates, others are calculated using FBI data
SOURCE: FBI

**Table 20: Murder by State , Type of Weapons, 2010**

http://www.fbi.gov/about-us/cjis/ucr/crime-in-the.u.s/2010/crime-in-the.u.s.-2010/tables/10tbl20.xls

| State | Code | Total murders (1) | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc. (2) | Population (census bureau) | Firearms murders as % of all murders | Firearms murders per 100,000 population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES | | 12,996 | 8,775 | 6,009 | 358 | 373 | 2,035 | 1,704 | 1,772 | 745 | 309,050,816 | 67.52 | **2.84** |
| Alabama | AL | 199 | 135 | 112 | 0 | 23 | 0 | 23 | 24 | 17 | 4,729,656 | 67.84 | **2.85** |
| Alaska | AK | 31 | 19 | 3 | 5 | 1 | 10 | 4 | 4 | 4 | 708,862 | 61.29 | **2.68** |
| Arizona | AZ | 352 | 232 | 152 | 14 | 10 | 56 | 51 | 62 | 7 | 6,676,627 | 65.91 | **3.47** |
| Arkansas | AR | 130 | 93 | 49 | 7 | 4 | 33 | 12 | 21 | 4 | 2,910,236 | 71.54 | **3.20** |
| California | CA | 1,811 | 1,257 | 953 | 59 | 44 | 201 | 250 | 201 | 103 | 37,266,600 | 69.41 | **3.37** |
| Colorado | CO | 117 | 65 | 34 | 0 | 4 | 27 | 20 | 21 | 11 | 5,095,309 | 55.56 | **1.28** |
| Connecticut | CT | 131 | 97 | 72 | 0 | 1 | 24 | 20 | 8 | 6 | 3,526,937 | 74.05 | **2.75** |
| Delaware | DE | 48 | 38 | 25 | 0 | 2 | 11 | 8 | 0 | 2 | 891,464 | 79.17 | **4.26** |
| District of Columbia | DC | 131 | 99 | 32 | 0 | 0 | 67 | 20 | 7 | 5 | 610,589 | 75.57 | **16.21** |
| Georgia | GA | 527 | 376 | 315 | 19 | 21 | 21 | 64 | 85 | 2 | 9,908,357 | 71.35 | **3.79** |
| Hawaii | HI | 24 | 7 | 6 | 0 | 0 | 1 | 6 | 5 | 6 | 1,300,086 | 29.17 | **0.54** |
| Idaho | ID | 21 | 12 | 12 | 0 | 0 | 0 | 4 | 2 | 3 | 1,559,796 | 57.14 | **0.77** |
| Illinois (3) | IL | 453 | 364 | 355 | 3 | 1 | 5 | 30 | 43 | 16 | 12,944,410 | 80.35 | **2.81** |
| Indiana | IN | 198 | 142 | 83 | 11 | 7 | 41 | 19 | 25 | 12 | 6,445,295 | 71.72 | **2.20** |
| Iowa | IA | 38 | 21 | 9 | 1 | 4 | 7 | 4 | 9 | 4 | 3,023,081 | 55.26 | **0.69** |
| Kansas | KS | 100 | 63 | 30 | 4 | 1 | 28 | 13 | 18 | 6 | 2,841,121 | 63.00 | **2.22** |
| Kentucky | KY | 180 | 116 | 76 | 6 | 16 | 18 | 19 | 25 | 20 | 4,339,435 | 64.44 | **2.67** |
| Louisiana | LA | 437 | 351 | 263 | 19 | 11 | 58 | 42 | 31 | 13 | 4,529,426 | 80.32 | **7.75** |
| Maine | ME | 24 | 11 | 4 | 2 | 1 | 4 | 6 | 1 | 6 | 1,312,939 | 45.83 | **0.84** |
| Maryland | MD | 424 | 293 | 272 | 3 | 12 | 6 | 59 | 53 | 19 | 5,737,274 | 69.10 | **5.11** |
| Massachusetts | MA | 209 | 118 | 52 | 0 | 1 | 65 | 50 | 31 | 10 | 6631280 | 56.46 | **1.78** |
| Michigan | MI | 558 | 413 | 239 | 25 | 14 | 135 | 43 | 71 | 31 | 9,931,235 | 74.01 | **4.16** |
| Minnesota | MN | 91 | 53 | 43 | 2 | 8 | 0 | 14 | 16 | 8 | 5,290,447 | 58.24 | **1.00** |
| Mississippi | MS | 165 | 120 | 98 | 3 | 12 | 7 | 21 | 19 | 5 | 2,960,467 | 72.73 | **4.05** |
| Missouri | MO | 419 | 321 | 189 | 26 | 4 | 102 | 35 | 49 | 14 | 6,011,741 | 76.61 | **5.34** |
| Montana | MT | 21 | 12 | 6 | 2 | 4 | 0 | 3 | 5 | 1 | 980,152 | 57.14 | **1.22** |

| State | Abbr | | | | | | | | | | Population | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nebraska | NE | 51 | 32 | 29 | 1 | 2 | 0 | 8 | 5 | 6 | 1,811,072 | 62.75 | **1.77** |
| Nevada | NV | 158 | 84 | 57 | 5 | 6 | 16 | 22 | 34 | 18 | 2,654,751 | 53.16 | **3.16** |
| New Hampshire | NH | 13 | 5 | 2 | 0 | 2 | 1 | 5 | 3 | 0 | 1,323,531 | 38.46 | **0.38** |
| New Jersey | NJ | 363 | 246 | 216 | 7 | 2 | 21 | 50 | 39 | 28 | 8,732,811 | 67.77 | **2.82** |
| New Mexico | NM | 118 | 67 | 36 | 6 | 2 | 23 | 29 | 15 | 7 | 2,033,875 | 56.78 | **3.29** |
| New York | NY | 860 | 517 | 135 | 6 | 12 | 364 | 173 | 148 | 22 | 19,577,730 | 60.12 | **2.64** |
| North Carolina | NC | 445 | 286 | 188 | 21 | 25 | 52 | 56 | 72 | 31 | 9,458,888 | 64.27 | **3.02** |
| North Dakota | ND | 9 | 4 | 3 | 0 | 1 | 0 | 0 | 4 | 1 | 653,778 | 44.44 | **0.61** |
| Ohio | OH | 460 | 310 | 176 | 7 | 2 | 125 | 40 | 93 | 17 | 11,532,111 | 67.39 | **2.69** |
| Oklahoma | OK | 188 | 111 | 86 | 8 | 7 | 10 | 24 | 32 | 21 | 3,724,447 | 59.04 | **2.98** |
| Oregon | OR | 78 | 36 | 20 | 1 | 2 | 13 | 16 | 17 | 9 | 3,855,536 | 46.15 | **0.93** |
| Pennsylvania | PA | 646 | 457 | 367 | 8 | 11 | 71 | 67 | 94 | 28 | 12,632,780 | 70.74 | **3.62** |
| Rhode Island | RI | 29 | 16 | 2 | 1 | 1 | 12 | 5 | 6 | 2 | 1,056,870 | 55.17 | **1.51** |
| South Carolina | SC | 280 | 207 | 136 | 8 | 7 | 56 | 22 | 34 | 17 | 4,596,958 | 73.93 | **4.50** |
| South Dakota | SD | 14 | 8 | 3 | 0 | 1 | 4 | 2 | 4 | 0 | 820,077 | 57.14 | **0.98** |
| Tennessee | TN | 356 | 219 | 146 | 12 | 11 | 50 | 35 | 83 | 19 | 6,338,112 | 61.52 | **3.46** |
| Texas | TX | 1,246 | 805 | 581 | 34 | 48 | 142 | 202 | 130 | 109 | 25,213,445 | 64.61 | **3.19** |
| Utah | UT | 52 | 22 | 16 | 0 | 1 | 5 | 7 | 12 | 11 | 2,830,753 | 42.31 | **0.78** |
| Vermont | VT | 7 | 2 | 1 | 1 | 0 | 0 | 1 | 2 | 2 | 622,433 | 28.57 | **0.32** |
| Virginia | VA | 369 | 250 | 137 | 9 | 12 | 92 | 47 | 50 | 22 | 7,952,119 | 67.75 | **3.14** |
| Washington | WA | 151 | 93 | 73 | 4 | 2 | 14 | 24 | 22 | 12 | 6,746,199 | 61.59 | **1.38** |
| West Virginia | WV | 55 | 27 | 16 | 0 | 4 | 7 | 11 | 9 | 8 | 1,825,513 | 49.09 | **1.48** |
| Wisconsin | WI | 151 | 97 | 63 | 5 | 6 | 23 | 13 | 22 | 19 | 5,668,519 | 64.24 | **1.71** |
| Wyoming | WY | 8 | 5 | 0 | 2 | 0 | 3 | 1 | 1 | 1 | 547,637 | 62.50 | **0.91** |

[1] Total number of murders for which supplemental homicide data were received.

[2] Pushed is included in hands, fists, feet, etc.

[3] Limited supplemental homicide data were received.

TOTAL US RATE PER 100,000 IS OFFICIAL FBI RATE

**Table 20: Murder by State, Types of Weapons, 2009**

http://www2.fbi.gov/ucr/cius2009/data/table_20.html

| State | State code | Total murders (1) | Total firearms | Handguns | Rifles | Shotguns | Firearms (type unknown) | Knives or cutting instruments | Other weapons | Hands, fists, feet, etc. (2) | Firearms murders as % of all murders | Population, 2009 | Firearms murders per 100,000 pop |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | | 13,636 | 9,146 | 6,452 | 348 | 418 | 94 | 1,825 | 969 | 801 | 67.1 | 307,006,550 | **2.98** |
| Alabama | AL | 318 | 229 | 196 | 1 | 32 | 0 | 29 | 40 | 20 | 72.0 | 4,708,708 | **4.86** |
| Alaska | AK | 22 | 13 | 1 | 0 | 0 | 12 | 4 | 3 | 2 | 59.1 | 698,473 | **1.86** |
| Arizona | AZ | 328 | 197 | 164 | 10 | 10 | 13 | 61 | 53 | 17 | 60.1 | 6,595,778 | **2.99** |
| Arkansas | AR | 171 | 107 | 54 | 5 | 5 | 43 | 21 | 38 | 5 | 62.6 | 2,889,450 | **3.70** |
| California | CA | 1,972 | 1,360 | 1,022 | 45 | 49 | 244 | 291 | 214 | 107 | 69.0 | 36,961,664 | **3.68** |
| Colorado | CO | 167 | 94 | 55 | 6 | 6 | 27 | 23 | 30 | 20 | 56.3 | 5,024,748 | **1.87** |
| Connecticut | CT | 107 | 70 | 51 | 0 | 2 | 17 | 17 | 14 | 6 | 65.4 | 3,518,288 | **1.99** |
| Delaware | DE | 41 | 31 | 20 | 2 | 0 | 9 | 6 | 1 | 3 | 75.6 | 885,122 | **3.50** |
| District of Columbia | DC | 144 | 113 | 80 | 1 | 1 | 31 | 17 | 9 | 5 | 78.5 | 599,657 | **18.84** |
| Georgia | GA | 543 | 378 | 323 | 17 | 19 | 19 | 56 | 97 | 12 | 69.6 | 9,829,211 | **3.85** |
| Hawaii | HI | 21 | 8 | 4 | 2 | 1 | 1 | 3 | 4 | 6 | 38.1 | 1,295,178 | **0.62** |
| Idaho | ID | 22 | 5 | 3 | 0 | 0 | 2 | 3 | 9 | 5 | 22.7 | 1,545,801 | **0.32** |
| Illinois3 | IL | 479 | 386 | 360 | 5 | 8 | 13 | 39 | 48 | 6 | 80.6 | 12,910,409 | **2.99** |
| Indiana | IN | 293 | 209 | 136 | 8 | 14 | 51 | 34 | 40 | 10 | 71.3 | 6,423,113 | **3.25** |
| Iowa | IA | 34 | 11 | 3 | 1 | 3 | 4 | 8 | 6 | 9 | 32.4 | 3,007,856 | **0.37** |
| Kansas | KS | 118 | 85 | 38 | 9 | 0 | 38 | 14 | 11 | 8 | 72.0 | 2,818,747 | **3.02** |
| Kentucky | KY | 170 | 112 | 90 | 5 | 6 | 11 | 22 | 27 | 9 | 65.9 | 4,314,113 | **2.60** |
| Louisiana | LA | 486 | 402 | 330 | 20 | 11 | 41 | 32 | 37 | 15 | 82.7 | 4,492,076 | **8.95** |
| Maine | ME | 26 | 11 | 4 | 0 | 0 | 7 | 6 | 6 | 3 | 42.3 | 1,318,301 | **0.83** |
| Maryland | MD | 438 | 305 | 297 | 2 | 6 | 0 | 58 | 57 | 18 | 69.6 | 5,699,478 | **5.35** |
| Massachusetts | MA | 169 | 93 | 47 | 2 | 1 | 43 | 40 | 29 | 7 | 55.0 | 6,593,587 | **1.41** |
| Michigan | MI | 625 | 437 | 239 | 25 | 19 | 154 | 47 | 112 | 29 | 69.9 | 9,969,727 | **4.38** |
| Minnesota | MN | 72 | 38 | 35 | 1 | 1 | 1 | 14 | 8 | 12 | 52.8 | 5,266,214 | **0.72** |
| Mississippi | MS | 151 | 105 | 83 | 9 | 6 | 7 | 22 | 15 | 9 | 69.5 | 2,951,996 | **3.56** |
| Missouri | MO | 381 | 276 | 170 | 8 | 11 | 87 | 40 | 50 | 15 | 72.4 | 5,987,580 | **4.61** |

| State | Abbr | Total | | | | | | | | | % | Population | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Montana | MT | 28 | 19 | 9 | 2 | 5 | 3 | 4 | 2 | 3 | 67.9 | 974,989 | **1.95** |
| Nebraska | NE | 40 | 23 | 22 | 1 | 0 | 0 | 8 | 4 | 5 | 57.5 | 1,796,619 | **1.28** |
| Nevada | NV | 156 | 91 | 66 | 1 | 3 | 21 | 25 | 27 | 13 | 58.3 | 2,643,085 | **3.44** |
| New Hampshire | NH | 10 | 4 | 1 | 0 | 0 | 3 | 3 | 2 | 1 | 40.0 | 1,324,575 | **0.30** |
| New Jersey | NJ | 319 | 220 | 189 | 3 | 6 | 22 | 44 | 36 | 19 | 69.0 | 8,707,739 | **2.53** |
| New Mexico | NM | 144 | 78 | 54 | 2 | 3 | 19 | 24 | 29 | 13 | 54.2 | 2,009,671 | **3.88** |
| New York | NY | 779 | 481 | 117 | 8 | 13 | 343 | 166 | 109 | 23 | 61.7 | 19,541,453 | **2.46** |
| North Carolina | NC | 480 | 335 | 243 | 17 | 20 | 55 | 49 | 64 | 32 | 69.8 | 9,380,884 | **3.57** |
| North Dakota | ND | 9 | 3 | 1 | 1 | 1 | 0 | 0 | 3 | 3 | 33.3 | 646,844 | **0.46** |
| Ohio | OH | 502 | 311 | 193 | 2 | 9 | 107 | 52 | 95 | 44 | 62.0 | 11,542,645 | **2.69** |
| Oklahoma | OK | 225 | 125 | 104 | 10 | 4 | 7 | 45 | 25 | 30 | 55.6 | 3,687,050 | **3.39** |
| Oregon | OR | 83 | 41 | 9 | 2 | 10 | 20 | 21 | 19 | 2 | 49.4 | 3,825,657 | **1.07** |
| Pennsylvania | PA | 658 | 468 | 373 | 13 | 11 | 71 | 66 | 100 | 24 | 71.1 | 12,604,767 | **3.71** |
| Rhode Island | RI | 31 | 18 | 0 | 0 | 0 | 18 | 6 | 5 | 2 | 58.1 | 1,053,209 | **1.71** |
| South Carolina | SC | 286 | 197 | 115 | 4 | 12 | 66 | 28 | 41 | 20 | 68.9 | 4,561,242 | **4.32** |
| South Dakota | SD | 11 | 4 | 0 | 1 | 2 | 1 | 5 | 1 | 1 | 36.4 | 812,383 | **0.49** |
| Tennessee | TN | 461 | 295 | 200 | 13 | 22 | 60 | 45 | 92 | 29 | 64.0 | 6,296,254 | **4.69** |
| Texas | TX | 1,325 | 862 | 661 | 55 | 58 | 88 | 197 | 153 | 113 | 65.1 | 24,782,302 | **3.48** |
| Utah | UT | 37 | 25 | 15 | 0 | 5 | 5 | 8 | 2 | 2 | 67.6 | 2,784,572 | **0.90** |
| Vermont | VT | 7 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 2 | 0.0 | 621,760 | **0.00** |
| Virginia | VA | 347 | 229 | 108 | 8 | 7 | 106 | 41 | 55 | 22 | 66.0 | 7,882,590 | **2.91** |
| Washington | WA | 169 | 101 | 75 | 16 | 4 | 6 | 35 | 14 | 19 | 59.8 | 6,664,195 | **1.52** |
| West Virginia | WV | 76 | 38 | 20 | 2 | 3 | 13 | 19 | 13 | 6 | 50.0 | 1,819,777 | **2.09** |
| Wisconsin | WI | 144 | 95 | 65 | 3 | 9 | 18 | 22 | 13 | 14 | 66.0 | 5,654,774 | **1.68** |
| Wyoming | WY | 11 | 8 | 7 | 0 | 0 | 1 | 1 | 1 | 1 | 72.7 | 544,270 | **1.47** |

[1] Total number of murders for which supplemental homicide data were received.

[2] Pushed is included in hands, fists, feet, etc.

[3] Limited supplemental homicide data were received.

TOTAL US RATE PER 100,000 IS OFFICIAL FBI RATE

**Table 21: Robbery by State, Types of Weapons, 2010**

http://www.fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/10tbl21.xls

| State | Total robberies (1) | Firearms | Knives or cutting instruments | Other weapons | Strong-arm | Agency count | Population (census bureau) | Firearms robberies per 100,000 pop) |
|---|---|---|---|---|---|---|---|---|
| **UNITED STATES** | **367832** | **128793** | **24388** | **27170** | **130839** | | **309050816** | **41.67** |
| Alabama | 1511 | 817 | 91 | 113 | 490 | 303 | 4729656 | **17.27** |
| Alaska | 584 | 153 | 53 | 55 | 323 | 35 | 708862 | **21.58** |
| Arizona | 6864 | 3036 | 645 | 599 | 2584 | 96 | 6676627 | **45.47** |
| Arkansas | 2283 | 1067 | 137 | 227 | 852 | 199 | 2910236 | **36.66** |
| California | 58035 | 18053 | 5044 | 5357 | 29581 | 729 | 37266600 | **48.44** |
| Colorado | 3068 | 1119 | 308 | 383 | 1258 | 171 | 5095309 | **21.96** |
| Connecticut | 3483 | 1164 | 377 | 297 | 1645 | 99 | 3526937 | **33.00** |
| Delaware | 1829 | 839 | 146 | 136 | 708 | 53 | 891464 | **94.11** |
| District of Columbia | 3914.00 | 1563.00 | 246.00 | 209.00 | 1896.00 | 1.00 | 610589.00 | **255.98** |
| Florida | 26071 | 11105 | 1730 | 2206 | 11030 | 663 | 18678049 | **59.45** |
| Georgia | 10551 | 6192 | 474 | 876 | 3009 | 458 | 9908357 | **62.49** |
| Hawaii | 988 | 97 | 80 | 92 | 719 | 3 | 1300086 | **7.46** |
| Idaho | 213 | 61 | 26 | 25 | 101 | 102 | 1559796 | **3.91** |
| Illinois (2) | 495 | 240 | 20 | 60 | 175 | 1 | #N/A | **#N/A** |
| Indiana | 2665 | 1122 | 199 | 311 | 1033 | 286 | 6445295 | **17.41** |
| Iowa | 995 | 274 | 95 | 104 | 522 | 188 | 3023081 | **9.06** |
| Kansas | 1511 | 695 | 120 | 161 | 535 | 236 | 2841121 | **24.46** |
| Kentucky | 3673 | 1716 | 301 | 323 | 1333 | 330 | 4339435 | **39.54** |
| Louisiana | 4067 | 2121 | 248 | 300 | 1398 | 172 | 4529426 | **46.83** |
| Maine | 414 | 75 | 70 | 52 | 217 | 167 | 1312939 | **5.71** |
| Maryland | 6809 | 3266 | 552 | 342 | 2649 | 153 | 5737274 | **56.93** |
| Massachusetts | 6712 | 1626 | 1298 | 880 | 2908 | 320 | 6631280 | **24.52** |
| Michigan | 11238 | 5523 | 524 | 909 | 4282 | 515 | 9931235 | **55.61** |
| Minnesota | 3088 | 1011 | 234 | 399 | 1444 | 305 | 5290447 | **19.11** |
| Mississippi | 2278 | 1422 | 97 | 190 | 569 | 121 | 2960467 | **48.03** |
| Missouri | 6029 | 3180 | 322 | 382 | 2145 | 578 | 6011741 | **52.90** |
| Montana | 122 | 20 | 16 | 41 | 45 | 96 | 980152 | **2.04** |
| Nebraska | 1018 | 439 | 70 | 76 | 433 | 211 | 1811072 | **24.24** |

| State | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Nevada | 4844 | 1722 | 450 | 427 | 2245 | 40 | 2654751 | **64.86** |
| New Hampshire | 427 | 94 | 50 | 71 | 212 | 150 | 1323531 | **7.10** |
| New Jersey | 11720 | 3944 | 964 | 777 | 6035 | 578 | 8732811 | **45.16** |
| New Mexico | 1581 | 626 | 229 | 140 | 586 | 88 | 2033875 | **30.78** |
| New York | 8770 | 2540 | 1004 | 970 | 4256 | 533 | 19577730 | **12.97** |
| North Carolina | 8540 | 4419 | 551 | 769 | 2801 | 308 | 9458888 | **46.72** |
| North Dakota | 89 | 12 | 5 | 10 | 62 | 87 | 653778 | **1.84** |
| Ohio | 15644 | 6479 | 738 | 1491 | 6936 | 444 | 11532111 | **56.18** |
| Oklahoma | 3293 | 1503 | 268 | 262 | 1260 | 302 | 3724447 | **40.35** |
| Oregon | 2237 | 580 | 236 | 213 | 1208 | 140 | 3855536 | **15.04** |
| Pennsylvania | 16194 | 6574 | 1111 | 1022 | 7487 | 1264 | 12632780 | **52.04** |
| Rhode Island | 780 | 198 | 78 | 106 | 398 | 49 | 1056870 | **18.73** |
| South Carolina | 4780 | 2656 | 313 | 388 | 1423 | 407 | 4596958 | **57.78** |
| South Dakota | 147 | 18 | 24 | 27 | 78 | 107 | 820077 | **2.19** |
| Tennessee | 8309 | 4682 | 598 | 711 | 2318 | 457 | 6338112 | **73.87** |
| Texas | 32809 | 16280 | 2716 | 2745 | 11068 | 1020 | 25213445 | **64.57** |
| Utah | 1262 | 349 | 173 | 132 | 608 | 119 | 2830753 | **12.33** |
| Vermont | 54 | 13 | 14 | 7 | 20 | 67 | 622433 | **2.09** |
| Virginia | 5651 | 2955 | 365 | 552 | 1779 | 354 | 7952119 | **37.16** |
| Washington | 5906 | 1446 | 537 | 583 | 3340 | 254 | 6746199 | **21.43** |
| West Virginia | 235 | 66 | 32 | 34 | 103 | 127 | 1825513 | **3.62** |
| Wisconsin | 4453 | 2344 | 215 | 428 | 1466 | 342 | 5668519 | **41.35** |
| Wyoming | 76 | 25 | 10 | 8 | 33 | 65 | 547637 | **4.57** |

[1] The number of robberies from agencies that submitted 12 months of data in 2010 for which breakdowns by type of weapon were included.

[2] Limited data were received.

TOTAL US RATE PER 100,000 IS OFFICIAL FBI RATE

**Table 21: Robbery by State, Types of Weapons, 2009**

http://www2.fbi.gov/ucr/cius2009/data/table_21.html

| State | Total robberies (1) | Firearms | Knives or cutting instruments | Other weapons | Strong-arm | Agency count | Population | Firearms robberies per 100,000 pop |
|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **350,669** | **149,335** | **26,831** | **30,388** | **144,115** | | **307,006,550** | **55.9** |
| Alabama | 2,462 | 1,384 | 156 | 172 | 750 | 299 | 4,708,708 | **29.4** |
| Alaska | 652 | 169 | 45 | 56 | 382 | 34 | 698,473 | **24.2** |
| Arizona | 8,060 | 3,671 | 787 | 816 | 2,786 | 94 | 6,595,778 | **55.7** |
| Arkansas | 2,508 | 1,211 | 146 | 260 | 891 | 235 | 2,889,450 | **41.9** |
| California | 63,867 | 19,820 | 5,647 | 5,810 | 32,590 | 724 | 36,961,664 | **53.6** |
| Colorado | 3,317 | 1,190 | 332 | 459 | 1,336 | 216 | 5,024,748 | **23.7** |
| Connecticut | 3,990 | 1,445 | 393 | 299 | 1,853 | 103 | 3,518,288 | **41.1** |
| Delaware | 1,669 | 755 | 127 | 136 | 651 | 54 | 885,122 | **85.3** |
| District of Columbia | 4,389 | 1,860 | 221 | 218 | 2,090 | 2 | 599,657 | **310.2** |
| Florida | 30,881 | 13,668 | 1,938 | 2,732 | 12,543 | 593 | 18,537,969 | **73.7** |
| Georgia | 12,333 | 7,582 | 506 | 1,032 | 3,213 | 409 | 9,829,211 | **77.1** |
| Hawaii | 959 | 110 | 91 | 84 | 674 | 3 | 1,295,178 | **8.5** |
| Idaho | 243 | 101 | 15 | 33 | 94 | 105 | 1,545,801 | **6.5** |
| Illinois (2) | 596 | 262 | 40 | 57 | 237 | 1 | #N/A | **#N/A** |
| Indiana | 7,101 | 3,434 | 425 | 567 | 2,675 | 285 | 6,423,113 | **53.5** |
| Iowa | 1,178 | 322 | 114 | 107 | 635 | 193 | 3,007,856 | **10.7** |
| Kansas | 1,454 | 763 | 111 | 108 | 472 | 135 | 2,818,747 | **27.1** |
| Kentucky | 3,517 | 1,523 | 276 | 393 | 1,325 | 331 | 4,314,113 | **35.3** |
| Louisiana | 5,579 | 3,217 | 287 | 365 | 1,710 | 156 | 4,492,076 | **71.6** |
| Maine | 399 | 77 | 50 | 39 | 233 | 167 | 1,318,301 | **5.8** |
| Maryland | 8,257 | 3,810 | 746 | 420 | 3,281 | 152 | 5,699,478 | **66.8** |
| Massachusetts | 7,038 | 1,756 | 1,411 | 755 | 3,116 | 323 | 6,593,587 | **26.6** |
| Michigan | 12,280 | 6,148 | 607 | 1,046 | 4,479 | 583 | 9,969,727 | **61.7** |
| Minnesota | 3,574 | 1,120 | 237 | 574 | 1,643 | 304 | 5,266,214 | **21.3** |
| Mississippi | 2,303 | 1,329 | 129 | 238 | 607 | 114 | 2,951,996 | **45.0** |
| Missouri | 7,291 | 3,859 | 389 | 587 | 2,456 | 569 | 5,987,580 | **64.5** |
| Montana | 215 | 52 | 24 | 53 | 86 | 99 | 974,989 | **5.3** |
| Nebraska | 1,209 | 588 | 91 | 78 | 452 | 214 | 1,796,619 | **32.7** |

| State | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nevada | 5,996 | 2,286 | 518 | 501 | 2,691 | 38 | 2,643,085 | **86.5** |
| New Hampshire | 431 | 85 | 72 | 66 | 208 | 151 | 1,324,575 | **6.4** |
| New Jersey | 11,573 | 3,598 | 942 | 760 | 6,273 | 567 | 8,707,739 | **41.3** |
| New Mexico | 1,746 | 756 | 186 | 145 | 659 | 77 | 2,009,671 | **37.6** |
| New York | 9,410 | 2,797 | 1,062 | 1,075 | 4,476 | 542 | 19,541,453 | **14.3** |
| North Carolina | 11,165 | 6,130 | 735 | 916 | 3,384 | 360 | 9,380,884 | **65.3** |
| North Dakota | 104 | 24 | 15 | 17 | 48 | 84 | 646,844 | **3.7** |
| Ohio | 16,905 | 6,963 | 796 | 1,586 | 7,560 | 457 | 11,542,645 | **60.3** |
| Oklahoma | 3,320 | 1,580 | 248 | 242 | 1,250 | 305 | 3,687,050 | **42.9** |
| Oregon | 2,413 | 554 | 269 | 217 | 1,373 | 158 | 3,825,657 | **14.5** |
| Pennsylvania | 17,133 | 7,243 | 1,102 | 1,033 | 7,755 | 1,121 | 12,604,767 | **57.5** |
| Rhode Island | 786 | 229 | 107 | 99 | 351 | 49 | 1,053,209 | **21.7** |
| South Carolina | 5,482 | 3,058 | 382 | 476 | 1,566 | 427 | 4,561,242 | **67.0** |
| South Dakota | 107 | 24 | 17 | 8 | 58 | 116 | 812,383 | **3.0** |
| Tennessee | 9,594 | 5,692 | 609 | 738 | 2,555 | 450 | 6,296,254 | **90.4** |
| Texas | 37,955 | 19,036 | 3,020 | 3,106 | 12,793 | 1,008 | 24,782,302 | **76.8** |
| Utah | 1,295 | 413 | 142 | 128 | 612 | 122 | 2,784,572 | **14.8** |
| Vermont | 109 | 36 | 21 | 14 | 38 | 77 | 621,760 | **5.8** |
| Virginia | 5,848 | 3,107 | 407 | 613 | 1,721 | 396 | 7,882,590 | **39.4** |
| Washington | 6,423 | 1,713 | 504 | 591 | 3,615 | 237 | 6,664,195 | **25.7** |
| West Virginia | 644 | 188 | 75 | 95 | 286 | 222 | 1,819,777 | **10.3** |
| Wisconsin | 4,833 | 2,565 | 250 | 464 | 1,554 | 371 | 5,654,774 | **45.4** |
| Wyoming | 76 | 32 | 11 | 4 | 29 | 64 | 544,270 | **5.9** |

[1] The number of robberies from agencies that submitted 12 months of data in 2010 for which breakdowns by type of weapon were included.

[2] Limited data were received.

TOTAL US RATE PER 100,000 IS OFFICIAL FBI RATE

**Table 22: Aggravated Assault by State, Types of Weapons, 2010**

http://www.fbi.gov/about-us/cjis/ucr/crime-in-the.u.s/2010/crime-in-the-u.s.-2010/tables/10tbl22.xls

| State | Total aggravated assaults (1) | Firearms | Knives or cutting instruments | Other weapons | Personal weapons | Agency count | Population (census bureau) | Firearms assaults per 100,000 population |
|---|---|---|---|---|---|---|---|---|
| UNITED STATES | 778901 | 138403 | 127857 | 222892 | 185029 | | 309050816 | **44.78** |
| Alabama | 5700 | 1529 | 912 | 1273 | 1986 | 303 | 4729656 | **32.33** |
| Alaska | 3309 | 543 | 780 | 795 | 1191 | 35 | 708862 | **76.60** |
| Arizona | 15337 | 3618 | 2604 | 4577 | 4538 | 96 | 6676627 | **54.19** |
| Arkansas | 10044 | 2548 | 1522 | 2163 | 3811 | 199 | 2910236 | **87.55** |
| California | 95678 | 16937 | 15178 | 33074 | 30489 | 729 | 37266600 | **45.45** |
| Colorado | 9535 | 1936 | 2323 | 2659 | 2617 | 171 | 5095309 | **38.00** |
| Connecticut | 5703 | 792 | 1250 | 2026 | 1635 | 99 | 3526937 | **22.46** |
| Delaware | 3376 | 824 | 763 | 1400 | 389 | 53 | 891464 | **92.43** |
| District of Columbia | 3238 | 606 | 944 | 1233 | 455 | 1 | 610589 | **99.25** |
| Florida | 69482 | 13295 | 12385 | 25994 | 17808 | 663 | 18678049 | **71.18** |
| Georgia | 20287 | 5160 | 3580 | 5553 | 5994 | 458 | 9908357 | **52.08** |
| Hawaii | 1953 | 170 | 421 | 642 | 720 | 3 | 1300086 | **13.08** |
| Idaho | 2556 | 361 | 472 | 847 | 876 | 102 | 1559796 | **23.14** |
| Illinois (2) | 1646 | 805 | 219 | 311 | 311 | 1 | #N/A | **#N/A** |
| Indiana | 5496 | 514 | 662 | 1171 | 3149 | 286 | 6445295 | **7.97** |
| Iowa | 6010 | 566 | 1143 | 1369 | 2932 | 188 | 3023081 | **18.72** |
| Kansas | 7354 | 2016 | 1545 | 2274 | 1519 | 236 | 2841121 | **70.96** |
| Kentucky | 5056 | 1060 | 869 | 1976 | 1151 | 330 | 4339435 | **24.43** |
| Louisiana | 14895 | 3501 | 2409 | 3742 | 5243 | 172 | 4529426 | **77.29** |
| Maine | 794 | 48 | 157 | 235 | 354 | 167 | 1312939 | **3.66** |
| Maryland | 12754 | 1761 | 2872 | 4610 | 3511 | 153 | 5737274 | **30.69** |
| Massachusetts | 20904 | 2043 | 4770 | 10749 | 3342 | 320 | 6631280 | **30.81** |
| Michigan | 30673 | 8231 | 6005 | 10926 | 5511 | 515 | 9931235 | **82.88** |
| Minnesota | 6606 | 1058 | 1307 | 1876 | 2365 | 305 | 5290447 | **20.00** |
| Mississippi | 2910 | 888 | 521 | 781 | 720 | 121 | 2960467 | **30.00** |
| Missouri | 18676 | 5368 | 2407 | 4750 | 6151 | 578 | 6011741 | **89.29** |
| Montana | 1781 | 278 | 256 | 532 | 715 | 96 | 980152 | **28.36** |
| Nebraska | 3230 | 531 | 505 | 1378 | 816 | 211 | 1811072 | **29.32** |

| State | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nevada | 10336 | 1554 | 1893 | 5192 | 1697 | 40 | 2654751 | **58.54** |
| New Hampshire | 1220 | 202 | 401 | 328 | 289 | 150 | 1323531 | **15.26** |
| New Jersey | 13764 | 2101 | 3113 | 4320 | 4230 | 578 | 8732811 | **24.06** |
| New Mexico | 8578 | 1669 | 1474 | 2779 | 2656 | 88 | 2033875 | **82.06** |
| New York | 16331 | 2311 | 5182 | 4675 | 4163 | 533 | 19577730 | **11.80** |
| North Carolina | 19087 | 5677 | 3911 | 5270 | 4229 | 308 | 9458888 | **60.02** |
| North Dakota | 1134 | 21 | 105 | 228 | 780 | 87 | 653778 | **3.21** |
| Ohio | 14061 | 3511 | 2687 | 4463 | 3400 | 444 | 11532111 | **30.45** |
| Oklahoma | 12194 | 2347 | 2016 | 4416 | 3415 | 302 | 3724447 | **63.02** |
| Oregon | 5499 | 614 | 1033 | 1894 | 1958 | 140 | 3855536 | **15.93** |
| Pennsylvania | 25145 | 4984 | 3841 | 6324 | 9996 | 1264 | 12632780 | **39.45** |
| Rhode Island | 1596 | 302 | 426 | 676 | 192 | 49 | 1056870 | **28.57** |
| South Carolina | 20187 | 5274 | 3663 | 5614 | 5636 | 407 | 4596958 | **114.73** |
| South Dakota | 1098 | 144 | 378 | 353 | 223 | 107 | 820077 | **17.56** |
| Tennessee | 27640 | 8231 | 6137 | 10644 | 2628 | 457 | 6338112 | **129.87** |
| Texas | 71380 | 15544 | 15836 | 25244 | 14756 | 1020 | 25213445 | **61.65** |
| Utah | 3530 | 603 | 954 | 1148 | 825 | 119 | 2830753 | **21.30** |
| Vermont | 439 | 49 | 84 | 72 | 234 | 67 | 622433 | **7.87** |
| Virginia | 9472 | 1872 | 2189 | 3011 | 2400 | 354 | 7952119 | **23.54** |
| Washington | 12248 | 1678 | 2180 | 3824 | 4566 | 254 | 6746199 | **24.87** |
| West Virginia | 1712 | 339 | 269 | 402 | 702 | 127 | 1825513 | **18.57** |
| Wisconsin | 7962 | 1764 | 800 | 1564 | 3834 | 342 | 5668519 | **31.12** |
| Wyoming | 847 | 79 | 156 | 263 | 349 | 65 | 547637 | **14.43** |

1 The number of aggravated assaults from agencies that submitted 12 months of data in 2010
for which breakdowns by type of weapon were included.
2 Illinois: Limited data were received.
TOTAL US RATE PER 100,000 IS OFFICIAL FBI RATE

**Table 22: Aggravated Assault by State, Types of Weapons, 2009**

http://www2.fbi.gov/ucr/cius2009/data/table_22.html

| State | Total aggravated assaults (1) | Firearms | Knives or cutting instruments | Other weapons | Personal weapons | Agency count | Population | Firearms rate per 100,000 pop |
|---|---|---|---|---|---|---|---|---|
| **TOTAL US** | **701,961** | **146,773** | **131,547** | **234,973** | **188,668** | | **307,006,550** | **55.0** |
| Alabama | 6,769 | 1,609 | 924 | 1,635 | 2,601 | 299 | 4,708,708 | **34.2** |
| Alaska | 3,194 | 540 | 704 | 855 | 1,095 | 34 | 698,473 | **77.3** |
| Arizona | 15,967 | 4,053 | 2,737 | 5,054 | 4,123 | 94 | 6,595,778 | **61.4** |
| Arkansas | 10,166 | 2,515 | 1,597 | 2,169 | 3,885 | 235 | 2,889,450 | **87.0** |
| California | 99,204 | 17,297 | 16,058 | 35,325 | 30,524 | 724 | 36,961,664 | **46.8** |
| Colorado | 10,857 | 2,059 | 2,326 | 3,011 | 3,461 | 216 | 5,024,748 | **41.0** |
| Connecticut | 5,760 | 772 | 1,215 | 2,079 | 1,694 | 103 | 3,518,288 | **21.9** |
| Delaware | 3,580 | 843 | 798 | 1,564 | 375 | 54 | 885,122 | **95.2** |
| District of Columbia | 3,388 | 728 | 953 | 1,256 | 451 | 2 | 599,657 | **121.4** |
| Florida | 76,023 | 15,015 | 13,439 | 29,167 | 18,402 | 593 | 18,537,969 | **81.0** |
| Georgia | 20,726 | 5,186 | 3,714 | 5,578 | 6,248 | 409 | 9,829,211 | **52.8** |
| Hawaii | 1,897 | 156 | 426 | 648 | 667 | 3 | 1,295,178 | **12.0** |
| Idaho | 2,695 | 401 | 469 | 1,032 | 793 | 105 | 1,545,801 | **25.9** |
| Illinois (2) | 1,332 | 624 | 249 | 319 | 140 | 1 | #N/A | **#N/A** |
| Indiana | 11,027 | 1,723 | 1,544 | 3,448 | 4,312 | 285 | 6,423,113 | **26.8** |
| Iowa | 5,978 | 508 | 1,044 | 1,306 | 3,120 | 193 | 3,007,856 | **16.9** |
| Kansas | 5,236 | 1,820 | 1,051 | 1,393 | 972 | 135 | 2,818,747 | **64.6** |
| Kentucky | 5,641 | 1,017 | 881 | 2,350 | 1,393 | 331 | 4,314,113 | **23.6** |
| Louisiana | 16,963 | 4,308 | 2,634 | 4,409 | 5,612 | 156 | 4,492,076 | **95.9** |
| Maine | 778 | 32 | 146 | 240 | 360 | 167 | 1,318,301 | **2.4** |
| Maryland | 14,343 | 1,838 | 3,178 | 4,986 | 4,341 | 152 | 5,699,478 | **32.2** |
| Massachusetts | 18,895 | 1,940 | 4,408 | 9,715 | 2,832 | 323 | 6,593,587 | **29.4** |
| Michigan | 31,748 | 8,251 | 5,964 | 11,390 | 6,143 | 583 | 9,969,727 | **82.8** |
| Minnesota | 7,138 | 1,175 | 1,420 | 2,037 | 2,506 | 304 | 5,266,214 | **22.3** |
| Mississippi | 2,873 | 822 | 520 | 840 | 691 | 114 | 2,951,996 | **27.8** |
| Missouri | 19,092 | 5,789 | 2,526 | 5,020 | 5,757 | 569 | 5,987,580 | **96.7** |
| Montana | 1,915 | 297 | 260 | 580 | 778 | 99 | 974,989 | **30.5** |
| Nebraska | 3,054 | 490 | 493 | 1,298 | 773 | 214 | 1,796,619 | **27.3** |

| State | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nevada | 11,255 | 1,707 | 2,009 | 5,680 | 1,859 | 38 | 2,643,085 | **64.6** |
| New Hampshire | 1,151 | 191 | 392 | 306 | 262 | 151 | 1,324,575 | **14.4** |
| New Jersey | 14,020 | 1,969 | 3,095 | 4,476 | 4,480 | 567 | 8,707,739 | **22.6** |
| New Mexico | 8,168 | 1,596 | 1,373 | 2,347 | 2,852 | 77 | 2,009,671 | **79.4** |
| New York | 16,801 | 2,276 | 4,995 | 4,859 | 4,671 | 542 | 19,541,453 | **11.6** |
| North Carolina | 21,025 | 6,110 | 4,288 | 5,816 | 4,811 | 360 | 9,380,884 | **65.1** |
| North Dakota | 931 | 12 | 79 | 151 | 689 | 84 | 646,844 | **1.9** |
| Ohio | 14,592 | 3,510 | 2,934 | 4,525 | 3,623 | 457 | 11,542,645 | **30.4** |
| Oklahoma | 12,744 | 2,449 | 2,098 | 4,583 | 3,614 | 305 | 3,687,050 | **66.4** |
| Oregon | 5,290 | 613 | 976 | 1,925 | 1,776 | 158 | 3,825,657 | **16.0** |
| Pennsylvania | 24,662 | 4,851 | 3,689 | 6,181 | 9,941 | 1,121 | 12,604,767 | **38.5** |
| Rhode Island | 1,556 | 320 | 418 | 605 | 213 | 49 | 1,053,209 | **30.4** |
| South Carolina | 21,682 | 5,685 | 3,908 | 5,988 | 6,101 | 427 | 4,561,242 | **124.6** |
| South Dakota | 865 | 109 | 307 | 264 | 185 | 116 | 812,383 | **13.4** |
| Tennessee | 29,390 | 9,154 | 6,018 | 11,015 | 3,203 | 450 | 6,296,254 | **145.4** |
| Texas | 73,823 | 17,516 | 16,393 | 26,622 | 13,292 | 1,008 | 24,782,302 | **70.7** |
| Utah | 3,648 | 537 | 1,039 | 1,199 | 873 | 122 | 2,784,572 | **19.3** |
| Vermont | 560 | 62 | 116 | 120 | 262 | 77 | 621,760 | **10.0** |
| Virginia | 9,187 | 1,819 | 2,128 | 3,127 | 2,113 | 396 | 7,882,590 | **23.1** |
| Washington | 11,971 | 1,719 | 2,023 | 3,843 | 4,386 | 237 | 6,664,195 | **25.8** |
| West Virginia | 3,239 | 762 | 598 | 849 | 1,030 | 222 | 1,819,777 | **41.9** |
| Wisconsin | 8,206 | 1,900 | 814 | 1,518 | 3,974 | 371 | 5,654,774 | **33.6** |
| Wyoming | 956 | 98 | 179 | 270 | 409 | 64 | 544,270 | **18.0** |

(1) The number of aggravated assaults from agencies that submitted 12 months of data in 2009 for which breakdowns by
type of weapon included.
TOTAL US RATE PER 100,000 IS OFFICIAL FBI RATE

**Murder Victims by Weapon, 2005–2010**

For Years 2006-2010: http://www.fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/10shrtbl08.xls
For Year 2005: http://www2.fbi.gov/ucr/cius2009/offenses/expanded_information/data/shrtable_08.html

| Weapons | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| **Total** | **14,965** | **15,087** | **14,916** | **14,224** | **13,752** | **12,996** |
| Total firearms: | 10,158 | 10,225 | 10,129 | 9,528 | 9,199 | 8,775 |
| Handguns | 7,565 | 7,836 | 7,398 | 6,800 | 6,501 | 6,009 |
| Rifles | 445 | 438 | 453 | 380 | 351 | 358 |
| Shotguns | 522 | 490 | 457 | 442 | 423 | 373 |
| Other guns | 138 | 107 | 116 | 81 | 96 | 96 |
| Firearms, type not stated | 1,488 | 1,354 | 1,705 | 1,825 | 1,828 | 1,939 |
| Knives or cutting instruments | 1,920 | 1,830 | 1,817 | 1,888 | 1,836 | 1,704 |
| Blunt objects (clubs, hammers, etc.) | 608 | 618 | 647 | 603 | 623 | 540 |
| Personal weapons (hands, fists, feet, etc.) (1) | 905 | 841 | 869 | 875 | 817 | 745 |
| Poison | 9 | 12 | 10 | 9 | 7 | 11 |
| Explosives | 2 | 1 | 1 | 11 | 2 | 4 |
| Fire | 125 | 117 | 131 | 85 | 98 | 74 |
| Narcotics | 46 | 48 | 52 | 34 | 52 | 39 |
| Drowning | 20 | 12 | 12 | 16 | 8 | 10 |
| Strangulation | 118 | 137 | 134 | 89 | 122 | 122 |
| Asphyxiation | 96 | 106 | 109 | 87 | 84 | 98 |
| Other weapons or weapons not stated | 958 | 1,140 | 1,005 | 999 | 904 | 874 |

[1] Pushed is included in personal weapons.

FOR CHART

| Weapons | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| Firearms | 10,158 | 10,225 | 10,129 | 9,528 | 9,199 | 8,775 |
| Knives or cutting instruments | 1,920 | 1,830 | 1,817 | 1,888 | 1,836 | 1,704 |
| Blunt objects (clubs, hammers, etc.) | 608 | 618 | 647 | 603 | 623 | 540 |
| Personal weapons (hands, fists, feet, etc.)1 | 905 | 841 | 869 | 875 | 817 | 745 |
| Other | 1,374 | 1,573 | 1,454 | 1,330 | 1,277 | 1,232 |

| Geographic Area | Code | Population Estimates 7/1/2010 | 7/1/2009 | Population Estimates 7/1/2008 | 7/1/2007 | 7/1/2006 | 7/1/2005 | 7/1/2004 | 7/1/2003 | 7/1/2002 | 7/1/2001 | 7/1/2000 | 4/1/2000 Estimates Base | Census |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United States | | 309050816 | 307006550 | 304374846 | 301579895 | 298593212 | 295753151 | 293045739 | 290326418 | 287803914 | 285081556 | 282171957 | 281424602 | 281421906 |
| Northeast | | 55417311 | 55283679 | 55060196 | 54879379 | 54710026 | 54598185 | 54514298 | 54364452 | 54167735 | 53930017 | 53667506 | 53594797 | 53594378 |
| Midwest | | 66972887 | 66836911 | 66595597 | 66359247 | 66082058 | 65806421 | 65587713 | 65319024 | 65074729 | 64815413 | 64493956 | 64395207 | 64392776 |
| South | | 114404435 | 113317879 | 112021022 | 110573419 | 108930843 | 107411036 | 105874018 | 104431612 | 103185017 | 101868637 | 100559939 | 100235848 | 100236820 |
| West | | 72256183 | 71568081 | 70698031 | 69767850 | 68870285 | 67937509 | 67069710 | 66211330 | 65376433 | 64467489 | 63450556 | 63198750 | 63197932 |
| Alabama | AL | 4729656 | 4708708 | 4677464 | 4637904 | 4597688 | 4545049 | 4512190 | 4490591 | 4472420 | 4464034 | 4451849 | 4447355 | 4447100 |
| Alaska | AK | 708862 | 698473 | 688125 | 682297 | 677325 | 669488 | 661569 | 650884 | 642691 | 633316 | 627499 | 626931 | 626932 |
| Arizona | AZ | 6676627 | 6595778 | 6499377 | 6362241 | 6192100 | 5974834 | 5759425 | 5591206 | 5452108 | 5304417 | 5166697 | 5130607 | 5130632 |
| Arkansas | AR | 2910236 | 2889450 | 2867764 | 2842194 | 2815097 | 2776221 | 2746161 | 2722291 | 2704732 | 2691068 | 2678288 | 2673386 | 2673400 |
| California | CA | 37266600 | 36961664 | 36580371 | 36226122 | 35979208 | 35795255 | 35558419 | 35251107 | 34876194 | 34485623 | 33994571 | 33871650 | 33871648 |
| Colorado | CO | 5095309 | 5024748 | 4935213 | 4842259 | 4753044 | 4660780 | 4599681 | 4548775 | 4504265 | 4433068 | 4328070 | 4302015 | 4301261 |
| Connecticut | CT | 3526937 | 3518288 | 3502932 | 3488633 | 3485162 | 3477416 | 3474610 | 3467673 | 3448382 | 3428433 | 3411726 | 3405604 | 3405565 |
| Delaware | DE | 891464 | 885122 | 876211 | 864896 | 853022 | 839906 | 826639 | 814905 | 804131 | 794620 | 786411 | 783595 | 783600 |
| District of Columbia | DC | 610589 | 599657 | 590074 | 586409 | 583978 | 582049 | 579796 | 577777 | 579585 | 578042 | 571744 | 572053 | 572059 |
| Florida | FL | 18678049 | 18537969 | 18423878 | 18277888 | 18088505 | 17783868 | 17375259 | 16981183 | 16680309 | 16353869 | 16047118 | 15982813 | 15982378 |
| Georgia | GA | 9908357 | 9829211 | 9697838 | 9533761 | 9330086 | 9097428 | 8913676 | 8735259 | 8585535 | 8419594 | 8230161 | 8186812 | 8186453 |
| Hawaii | HI | 1300086 | 1295178 | 1287481 | 1276832 | 1275599 | 1266117 | 1252782 | 1239298 | 1228069 | 1218305 | 1211566 | 1211538 | 1211537 |
| Idaho | ID | 1559796 | 1545801 | 1527506 | 1499245 | 1464413 | 1425862 | 1391718 | 1364109 | 1342149 | 1321170 | 1299551 | 1293955 | 1293953 |
| Illinois | IL | 12944410 | 12910409 | 12842954 | 12779417 | 12718011 | 12674452 | 12645295 | 12597981 | 12558229 | 12507833 | 12437645 | 12419660 | 12419293 |
| Indiana | IN | 6445295 | 6423113 | 6388309 | 6346113 | 6301700 | 6253120 | 6214454 | 6181789 | 6149007 | 6124967 | 6091649 | 6080522 | 6080485 |
| Iowa | IA | 3023081 | 3007856 | 2993987 | 2978719 | 2964391 | 2949450 | 2941358 | 2932799 | 2929264 | 2929424 | 2928184 | 2926381 | 2926324 |
| Kansas | KS | 2841121 | 2818747 | 2797375 | 2775586 | 2755700 | 2741771 | 2730765 | 2721955 | 2712598 | 2701456 | 2692810 | 2688816 | 2688418 |
| Kentucky | KY | 4339435 | 4314113 | 4287931 | 4256278 | 4219374 | 4182293 | 4147970 | 4118627 | 4091330 | 4069191 | 4048903 | 4042284 | 4041769 |
| Louisiana | LA | 4529426 | 4492076 | 4451513 | 4376122 | 4240327 | 4497691 | 4489327 | 4474726 | 4466068 | 4460816 | 4468979 | 4468968 | 4468976 |
| Maine | ME | 1312939 | 1318301 | 1319691 | 1317308 | 1314963 | 1311631 | 1308253 | 1303102 | 1293938 | 1284791 | 1277211 | 1274922 | 1274923 |
| Maryland | MD | 5737274 | 5699478 | 5658655 | 5634242 | 5612196 | 5582520 | 5542659 | 5496708 | 5439913 | 5375033 | 5310579 | 5296516 | 5296486 |
| Massachusetts | MA | 6631280 | 6593587 | 6543595 | 6499275 | 6466399 | 6453031 | 6451279 | 6451637 | 6440978 | 6411730 | 6363015 | 6349113 | 6349097 |
| Michigan | MI | 9931235 | 9969727 | 10002486 | 10050847 | 10082438 | 10090554 | 10089305 | 10066351 | 10038767 | 10006093 | 9955308 | 9938492 | 9938444 |

| State | Abbr | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Minnesota | MN | 5290447 | 5266214 | 5230567 | 5191206 | 5148346 | 5106560 | 5079344 | 5047862 | 5017458 | 4982813 | 4933958 | 4919492 | 4919479 |
| Mississippi | MS | 2960467 | 2951996 | 2940212 | 2921723 | 2897150 | 2900116 | 2886006 | 2867678 | 2858643 | 2853313 | 2848310 | 2844666 | 2844658 |
| Missouri | MO | 6011741 | 5987580 | 5956335 | 5909824 | 5861572 | 5806639 | 5758444 | 5714847 | 5680852 | 5643986 | 5606065 | 5596678 | 5595211 |
| Montana | MT | 980152 | 974989 | 968035 | 957225 | 946230 | 934801 | 925887 | 916750 | 909868 | 905873 | 903293 | 902190 | 902195 |
| Nebraska | NE | 1811072 | 1796619 | 1781949 | 1769912 | 1760435 | 1751721 | 1742184 | 1733680 | 1725083 | 1717948 | 1713345 | 1711266 | 1711263 |
| Nevada | NV | 2654751 | 2643085 | 2615772 | 2567752 | 2493405 | 2408804 | 2328703 | 2236949 | 2166214 | 2094509 | 2018211 | 1998257 | 1998257 |
| New Hampshire | NH | 1323531 | 1324575 | 1321872 | 1317343 | 1311894 | 1301415 | 1292766 | 1281871 | 1271163 | 1256879 | 1240446 | 1235785 | 1235786 |
| New Jersey | NJ | 8732811 | 8707739 | 8663398 | 8636043 | 8623721 | 8621837 | 8611530 | 8583481 | 8544115 | 8489469 | 8430921 | 8414360 | 8414350 |
| New Mexico | NM | 2033875 | 2009671 | 1986763 | 1968731 | 1942608 | 1916538 | 1891829 | 1869683 | 1850035 | 1828809 | 1820813 | 1819041 | 1819046 |
| New York | NY | 19577730 | 19541453 | 19467789 | 19422777 | 19356564 | 19330891 | 19297933 | 19231101 | 19161873 | 19088978 | 18998044 | 18976816 | 18976457 |
| North Carolina | NC | 9458888 | 9380884 | 9247134 | 9064074 | 8866977 | 8669452 | 8531283 | 8416451 | 8316617 | 8203451 | 8079383 | 8046500 | 8049313 |
| North Dakota | ND | 653778 | 646844 | 641421 | 638202 | 636771 | 635365 | 636303 | 632809 | 633617 | 636267 | 641200 | 642195 | 642200 |
| Ohio | OH | 11532111 | 11542645 | 11528072 | 11520815 | 11492495 | 11475262 | 11464593 | 11445180 | 11420981 | 11396874 | 11363844 | 11353160 | 11353140 |
| Oklahoma | OK | 3724447 | 3687050 | 3644025 | 3612186 | 3574334 | 3532769 | 3514449 | 3498687 | 3484754 | 3464729 | 3453943 | 3450640 | 3450654 |
| Oregon | OR | 3855536 | 3825657 | 3782991 | 3732957 | 3677545 | 3617869 | 3573505 | 3550180 | 3517111 | 3470382 | 3430891 | 3421437 | 3421399 |
| Pennsylvania | PA | 12632780 | 12604767 | 12566368 | 12522531 | 12471142 | 12418161 | 12388368 | 12357524 | 12326302 | 12299533 | 12285504 | 12281052 | 12281054 |
| Rhode Island | RI | 1056870 | 1053209 | 1053502 | 1055009 | 1060196 | 1064989 | 1071414 | 1071504 | 1066034 | 1058051 | 1050736 | 1048319 | 1048319 |
| South Carolina | SC | 4596958 | 4561242 | 4503280 | 4424232 | 4339399 | 4256199 | 4201306 | 4146474 | 4103934 | 4062701 | 4023570 | 4011809 | 4012012 |
| South Dakota | SD | 820077 | 812383 | 804532 | 797035 | 788519 | 780084 | 774283 | 766975 | 762107 | 758983 | 755694 | 754837 | 754844 |
| Tennessee | TN | 6338112 | 6296254 | 6240456 | 6172862 | 6089453 | 5995748 | 5916762 | 5856522 | 5803306 | 5755443 | 5703243 | 5689270 | 5689283 |
| Texas | TX | 25213445 | 24782302 | 24304290 | 23837701 | 23369024 | 22801920 | 22418319 | 22057801 | 21710788 | 21332847 | 20945963 | 20851811 | 20851820 |
| Utah | UT | 2830753 | 2784572 | 2727343 | 2663796 | 2583724 | 2499637 | 2438915 | 2379938 | 2334473 | 2291250 | 2244314 | 2233204 | 2233169 |
| Vermont | VT | 622433 | 621760 | 621049 | 620460 | 619985 | 618814 | 618145 | 616559 | 614950 | 612153 | 609903 | 608826 | 608827 |
| Virginia | VA | 7952119 | 7882590 | 7795424 | 7719749 | 7646996 | 7563887 | 7468914 | 7373694 | 7283541 | 7191304 | 7104533 | 7079025 | 7078515 |
| Washington | WA | 6746199 | 6664195 | 6566073 | 6464979 | 6372243 | 6261282 | 6184289 | 6113262 | 6056187 | 5987785 | 5911122 | 5894143 | 5894121 |
| West Virginia | WV | 1825513 | 1819777 | 1814873 | 1811198 | 1807237 | 1803920 | 1803302 | 1802238 | 1799411 | 1798582 | 1806962 | 1808345 | 1808344 |
| Wisconsin | WI | 5668519 | 5654774 | 5627610 | 5601571 | 5571680 | 5541443 | 5511385 | 5476796 | 5446766 | 5408769 | 5374254 | 5363708 | 5363675 |
| Wyoming | WY | 547637 | 544270 | 532981 | 523414 | 512841 | 506242 | 502988 | 499189 | 497069 | 492982 | 493958 | 493782 | 493782 |
| Puerto Rico | | 3791913 | 3967288 | 3954553 | 3941235 | 3926744 | 3910722 | 3893931 | 3876637 | 3858272 | 3837768 | 3814413 | 3808603 | 3808610 |

Source: Population Division, U.S. Census Bureau
http://www.census.gov/popest/data/intercensal/national/nat2010.html