# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, et al.  :

    Plaintiffs

                      :

  v.                                    Civil Case No. L-10-2068

                      :

MARCUS BROWN, et al.

                      :

    Defendants  :

o0o

**ORDER**

Presently pending is Defendants' Renewed Motion for a Stay Pending Appeal. Docket No. 67. It is, this 23rd day of July, 2012, hereby ORDERED that:

1. The Motion is DENIED; and

2. The temporary stay entered by Order of March 30, 2012 is DISSOLVED effective 14 days following the issuance of this Order.

                                                /s/

                                      _____

                                      Benson Everett Legg
                                      United States District Judge