FILED: April 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)
_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.

  Plaintiffs - Appellees

v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN

  Defendants - Appellants

 and

TERRENCE SHERIDAN

  Defendant

------------------------------

AMERICAN PUBLIC HEALTH ASSOCIATION; AMERICAN COLLEGE OF PREVENTIVE MEDICINE; LEGAL COMMUNITY AGAINST VIOLENCE; LEGAL HISTORIANS; BRADY CENTER TO PREVENT GUN VIOLENCE; MARYLAND CHIEFS OF POLICE ASSOCIATION; INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS; MAJOR CITIES CHIEFS ASSOCIATION

  Amici Supporting Appellant

NRA CIVIL RIGHTS DEFENSE FUND; BUCKEYE FIREARMS FOUNDATION, INC.; INTERNATIONAL LAW ENFORCEMENT EDUCATORS & TRAINERS ASSOCIATION; INTERNATIONAL ASSOCIATION OF LAW ENFORCEMENT FIREARMS INSTRUCTORS, INC.; PROFESSOR CLAYTON CRAMER; INDEPENDENCE INSTITUTE; COMMONWEALTH OF VIRGINIA; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MAINE; STATE OF MICHIGAN; STATE OF NEBRASKA; STATE OF NEW MEXICO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF WEST VIRGINIA; PROFESSORS OF LAW, HISTORY, POLITICS, AND GOVERNMENT; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION; VIRGINIA SHOOTING SPORTS ASSOCIATION; CENTER FOR CONSTITUTIONAL JURISPRUDENCE; GUN OWNERS FOUNDATION; GUN OWNERS OF AMERICA, INCORPORATED; VIRGINIA GUN OWNERS COALITION; VIRGINIA CITIZENS DEFENSE LEAGUE, INC.; UNITED STATES JUSTICE FOUNDATION; CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND; THE ASSOCIATED GUN CLUBS OF BALTIMORE, INC.; THE MONUMENTAL RIFLE & PISTOL CLUB; THE ILLINOIS STATE RIFLE ASSOCIATION; THE NEW YORK RIFLE AND PISTOL ASSOCIATION; THE ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.; THE HAWAII RIFLE ASSOCIATION; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.

      Amici Supporting Appellee

---

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

---

      This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

      /s/Patricia S. Connor, Clerk