IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RAYMOND WOOLLARD, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 1:10-cv-2068-DKC |
| DENIS GALLAGHER, *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' STATUS REPORT

The defendants submit this status report pursuant to the Court's April 24, 2013 Paperless Order requesting status reports "identifying, inter alia, whether the parties intend to seek further appellate review." (ECF No. 77.) On March 21, 2013, the United States Court of Appeals for the Fourth Circuit issued an opinion reversing the judgment of this Court, and also entered judgment in favor of the defendants. (ECF No. 74.) In its opinion and judgment, the Fourth Circuit rejected the plaintiffs' challenges to the constitutionality of Maryland's good-and-substantial-reason requirement for obtaining a permit to wear and carry a handgun in public. (*Id.* at 32-34.)

On April 4, 2013, the plaintiffs filed with the Fourth Circuit a petition for rehearing en banc, causing the Fourth Circuit to stay issuance of the mandate. (ECF No. 75.) On April 16, 2013, the Fourth Circuit denied the plaintiffs' petition. On April 23, 2013, the Fourth Circuit issued its mandate, causing its judgment in favor of the

defendants to become effective. (ECF No. 76.) Having prevailed on all claims in the case, the defendants do not intend to seek further appellate review.

                              Respectfully submitted,

                              DOUGLAS F. GANSLER
                              Attorney General of Maryland

                              DAN FRIEDMAN (Fed. Bar # 24535)
                              Assistant Attorney General
                              Office of the Attorney General
                              Legislative Services Building
                              90 State Circle, Room 104
                              Annapolis, Maryland 21401
                              Tel. 410-946-5600
                              dfriedman@oag.state.md.us

                              _____/s/_____
                              MATTHEW J. FADER (Fed. Bar # 29294)
                              STEPHEN M. RUCKMAN (Fed. Bar # 28981)
                              Assistant Attorneys General
                              200 St. Paul Place, 20th Floor
                              Baltimore, Maryland 21202
                              Tel. 410-576-7906
                              Fax. 410-576-6955
                              mfader@oag.state.md.us
                              sruckman@oag.state.md.us

May 8, 2013                      Attorneys for Defendants