IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RAYMOND WOOLLARD, et al., | ) Case No. 1:10-cv-02068-DKC |
| Plaintiffs, | ) |
| v. | ) |
| DENIS GALLAGHER, et al., | ) |
| Defendants. | ) |

PLAINTIFFS' STATUS REPORT

Pursuant to the Court's paperless order of April 24, 2013, Plaintiffs note that they will seek further appellate review within the time allotted by the Supreme Court's rules.

Dated: May 8, 2013                               Respectfully submitted,

Alan Gura                                        Cary J. Hansel
Gura & Possessky, PLLC                           Joseph, Greenwald & Laake
101 N. Columbus Street, Suite 405                6404 Ivy Lane, Suite 400
Alexandria, VA 22314                             Greenbelt, MD 20770
703.835.9085/Fax 703.997.7665                    301.220.2200/Fax 301.220.1214

By: /s/ Alan Gura                          By: /s/ Cary J. Hansel
    Alan Gura                                  Cary J. Hansel

                                               Attorneys for Plaintiffs