IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAYMOND WOOLLARD, et al.

v. : Civil Action No. DKC 10-2068

MARCUS L. BROWN, Superintendent,
Maryland State Police, et al.

**ORDER**

For the reasons stated in the Opinion issued by the United States Court of Appeals for the Fourth Circuit on March 21, 2013 (ECF No. 74), it is this 12th day of November, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Plaintiffs (ECF No. 21) BE, and the same hereby IS, DENIED;

2. The cross motion for summary judgment filed by Defendants (ECF No. 25) BE, and the same hereby IS, GRANTED;

3. Judgment BE, and the same hereby IS, ENTERED in favor of Defendants and against Plaintiffs on all claims in the Amended Complaint; and

4. The clerk will transmit copies of this Order to counsel for the parties and CLOSE this case.

                                                                   /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge